Ready's Image
Advertising YTD Totals 2008-2012

| | N. Hem. | S. Hem. | |
|---|---|---|---|
| 2008 | $84,678.96 | $ - | |
| 2009 | $124,017.81 | $110,124.79 | |
| 2010 | $62,537.07 | ($4,823.44) | |
| 2011 | $50,638.47 | $0.00 | |
| 2012 | $47,913.89 | $1,306.00 | |
| | $369,786.19 | $ 106,607.35 | $476,393.54 |

Saybrook Set D 001

EXHIBIT
tabbies'
4

## Saybrook Summary

|        | # of Invoices | Media | Hard Costs | Labor | Total Invoice |
|--------|-----------|---------|----------|--------|------------|
| 2009   | 192       | $ 232,154 | $ 48,748 | $ 54,459 | $ 335,361 |
| 2010   | 74        | 77,556  | 2,204    | 8,126  | 87,886     |
| 2011   | 50        | 37,943  | 2,684    | 7,184  | 47,811     |
| 2012   | 73        | 28,865  | 16,453   | 10,206 | 55,524     |

|               |     |           |          |          |            |
|---------------|-----|-----------|----------|----------|------------|
|               | 389 | $ 376,518 | $ 70,089 | $ 79,975 | $ 526,581  |
| % of billings |     | 72%       | 13%      | 15%      |            |

|                        | Copywriting | Artwork | Research | Agency Service | Proofreading |
|------------------------|-------------|---------|----------|----------------|--------------|
| Hourly rate charged:   | $ 80        | $ 80    | $ 50     | $ 70           | $ 30         |
| 4/30/12 rate increase to: | $ 90     | $ 90    | $ 60     | $ 75           | $ 40         |