SAYBROOK ADVERTISING, INC.
P.O. BOX 38
LEXINGTON, KY 40588
859-231-7473

# JOB INVOICE
#23197

| CLIENT ID | CLIENT | DATE |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 03/31/09 |

| JOB ID | JOB DESCRIPTION | PAGE |
|---|---|---|
| 1240753 | TTT - READY'S IMAGE - 02.28.09 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| SPACE CHARGE | 636.47 |
| SPACE CHARGE | 636.47 |
| SPACE CHARGE | 636.47 |
| SPACE CHARGE | 636.47 |
| SPACE CHARGE | 636.47 |
| PRODUCTION | 790.00 |

TOTAL THIS JOB: $3,972.35

Terms: NET 10 DAYS



EXHIBIT 9

Walmac Set X 2020