SAYBROOK ADVERTISING, INC.
P.O. BOX 38
LEXINGTON, KY 40588
859-231-7473

## JOB INVOICE
#28391

| CLIENT ID | CLIENT | DATE |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 01/31/12 |

| JOB ID | JOB DESCRIPTION | PAGE |
|---|---|---|
| 1872753 | POSTCARD - STATE BRED - 01.01.12 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| PRINTING | 855.35 |
| COPYWRITING | 40.00 |
| ARTWORK | 160.00 |
| AGENCY SERVICES | 70.00 |
| TRAVEL | 35.00 |
| CO-ORDINATING MAILING | 70.00 |
| PROOFREADING | 7.50 |

TOTAL THIS JOB: $1,237.85

Terms: NET 10 DAYS



Walmac Set V 1903