**SAYBROOK ADVERTISING, INC.**
**P.O. BOX 38**
**LEXINGTON, KY 40588**
**859-231-7473**

## JOB INVOICE
#23197

| CLIENT ID | CLIENT | DATE |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 03/31/09 |

| JOB ID | JOB DESCRIPTION | PAGE |
|---|---|---|
| 1240753 | TTT - READY'S IMAGE - 02.28.09 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| SPACE CHARGE | 636.47 |
| SPACE CHARGE | 636.47 |
| SPACE CHARGE | 636.47 |
| SPACE CHARGE | 636.47 |
| SPACE CHARGE | 636.47 |
| PRODUCTION | 790.00 |

TOTAL THIS JOB: $3,972.35

**Terms:** NET 10 DAYS

SAYBROOK SET A 02537

# Client Time Detail

SAYBROOK ADVERTISING, INC.
Covering Period: 10/01/08 thru 10/31/13

| Job ID | Emp. | Date | Code | Description | Hours | Cost | Sell | Gross | Billed |
|---|---|---|---|---|---|---|---|---|---|
| 1150753 | 3500 | 12/31/08 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 250.00 | Y |
| | | | | ** Totals This Job ** | 2.00 | 29.02 | 120.00 | 375.00 | |
| 1151753 | 3500 | 11/30/08 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 125.00 | Y |
| 1151753 | 3500 | 12/31/08 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 250.00 | Y |
| | | | | ** Totals This Job ** | 2.00 | 29.02 | 120.00 | 375.00 | |
| 1152753 | 3500 | 12/31/08 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 485.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 485.00 | |
| 1153753 | 3500 | 12/31/08 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 250.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 250.00 | |
| 1154753 | 3500 | 12/31/08 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 250.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 250.00 | |
| 1156753 | 3500 | 12/31/08 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 250.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 250.00 | |
| 1158753 | 3500 | 12/31/08 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 250.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 250.00 | |
| 1160753 | 3500 | 12/31/08 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 250.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 250.00 | |
| 1161753 | 3500 | 12/31/08 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 250.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 250.00 | |
| 1162753 | 3500 | 12/31/08 | 21 | AGENCY SERVICES | 1.00 | 14.51 | 60.00 | 150.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 150.00 | |
| 1164753 | 3500 | 12/31/08 | 21 | PICK UP | 1.00 | 14.51 | 60.00 | 60.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 60.00 | |
| 1165753 | 3500 | 12/31/08 | 21 | PICK UP | 1.00 | 14.51 | 60.00 | 60.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 60.00 | |
| 1166753 | 3500 | 12/31/08 | 21 | PICK UP | 1.00 | 14.51 | 60.00 | 60.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 60.00 | |
| 1167753 | 3500 | 12/31/08 | 21 | PICK UP | 1.00 | 14.51 | 60.00 | 60.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 60.00 | |
| 1183753 | 3500 | 12/31/08 | 21 | BAN,CR,HT,RI,STS,SP,SA,TEN,TS,EAVES,ECC,OGC, SENOR | 1.00 | 14.51 | 60.00 | 1,170.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 1,170.00 | |
| 1184753 | 3500 | 12/31/08 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 390.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 390.00 | |
| 1210753 | 3500 | 03/31/09 | 21 | AGENCY SERVICES | 1.00 | 14.51 | 60.00 | 60.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 60.00 | |
| 1211753 | 3500 | 03/31/09 | 21 | AGENCY SERVICES | 1.00 | 14.51 | 60.00 | 60.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 60.00 | |
| 1213753 | 3500 | 03/31/09 | 21 | AGENCY SERVICES | 1.00 | 14.51 | 60.00 | 0.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 0.00 | |
| 1216753 | 3500 | 03/31/09 | 21 | AGENCY SERVICES | 1.00 | 14.51 | 60.00 | 0.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 0.00 | |
| 1217753 | 3500 | 03/31/09 | 21 | AGENCY SERVICES | 1.00 | 14.51 | 60.00 | 0.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 0.00 | |
| 1218753 | 3500 | 03/31/09 | 21 | AGENCY SERVICES | 1.00 | 14.51 | 60.00 | 60.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 60.00 | |
| 1219753 | 3500 | 03/31/09 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 495.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 495.00 | |
| 1227753 | 3500 | 03/31/09 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 495.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 495.00 | |
| 1229753 | 3500 | 03/31/09 | 21 | AGENCY SERVICES | 1.00 | 14.51 | 60.00 | 150.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 150.00 | |
| 1230753 | 3500 | 03/31/09 | 21 | AGENCY SERVICES | 1.00 | 14.51 | 60.00 | 150.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 150.00 | |
| 1238753 | 3500 | 03/31/09 | 21 | AGENCY SERVICES | 1.00 | 14.51 | 60.00 | 495.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 495.00 | |
| 1239753 | 3500 | 03/31/09 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 790.00 | Y |
| 1239753 | 3500 | 03/31/09 | 21 | AGENCY SERVICES | 1.00 | 14.51 | 60.00 | 0.00 | Y |
| | | | | ** Totals This Job ** | 2.00 | 29.02 | 120.00 | 790.00 | |
| 1240753 | 3500 | 03/31/09 | 21 | PRODUCTION | 1.00 | 14.51 | 60.00 | 790.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 790.00 | |
| 1241753 | 3500 | 03/31/09 | 21 | AGENCY SERVICES | 1.00 | 14.51 | 60.00 | 60.00 | Y |
| | | | | ** Totals This Job ** | 1.00 | 14.51 | 60.00 | 60.00 | |