1879753 ✓✓

SAYBROOK ADVERTISING

CLIENT: Walmac
TITLE / FOCUS: Ready's Image
PUBLICATION / DATE: TT 1-14-12

DATE OPENED: 1-5
SIZE: 3col x 9
COLORS: 4C
SHIP DATE: 1-9

NOTES
DATE:
½ copy
2 hrs. Res.
½ hr. proofing
1½ hr art

More revisions by Jill on this one

Tab: 1.14.12 Walmac 1879753 TT - R Image

SAYBROOK SET A 00867

SAYBROOK ADVERTISING, INC.
P.O. BOX 38
LEXINGTON, KY 40588
859-231-7473

## JOB INVOICE
#*Preview*

| CLIENT ID | CLIENT | DATE |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 01/31/12 |

| JOB ID | JOB DESCRIPTION | PAGE |
|---|---|---|
| 1879753 | TT - READY'S IMAGE - 01.14.12 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| COPYWRITING | 40.00 |
| ARTWORK | 120.00 |
| RESEARCH SERVICES | 100.00 |
| AGENCY SERVICES | 70.00 |
| PROOFREADING | 15.00 |

TOTAL THIS JOB: $345.00

**Terms:** NET 10 DAYS

1879753 1/14/12 TT

# Looking for the Right Nick?

## READY'S IMAGE

His sire More Than Ready has sired more than 174 SH from 120+ Different BM Sires

Leading Stakes Winners by the sire of READY'S IMAGE

| Name | Sire of dam | Sire of 2nd dam |
|---|---|---|
| REGALLY READY | King of Kings | Nureyev |
| BUSTER'S READY | Honour and Glory | Quiet American |
| SAKIMA | Ideal Planet | Assert |
| READY'S IMAGE | Clever Trick | Wavering Monarch |
| PLUCK | Fort Wood | Bush Telegraph |
| MORE THAN REAL | Dehere | Bold Ruckus |
| READY'S GAL | Nasty and Bold | Search for Gold |
| READY TO PLEASE | Pine Bluff | Nasty and Bold |
| MARY'S FOLLIES | Miswaki | Wavering Monarch |
| HUNGRY ISLAND | A.P. Indy | Mr. Prospector |
| COMMON INTEREST | Snippets | Damascus |
| MORE THAN A REASON | Sabona | Naskra |
| CUSTOM FOR CARLOS | Meadowlake | Seattle Slew |
| LA CHUNGA | Wavering Monarch | Raise a Bid |
| CAMINADORA | Storm Boot | Kingmambo |
| TRAFFIC GUARD | Zafonic | Golden Fleece |
| MORE THAN REGAL | Interprete | Cipayo |
| SAUCEY EVENING | General Meeting | Smarten |
| FASCINATIN' RHYTHM | Green Alligator | Caveat |
| AUDACIOUS CHLOE | Manila | Fappiano |
| PROBATION READY | Olympio | Dixieland Band |
| MORE THAN PROMISED | Blushing John | Nonoalco |
| RUFF AND READY | Notebook | Roi Dagobert |
| GRACE AND POWER | Defensive Play | Little Current |
| IN THE SLIPS | Cozzene | Alleged |
| GET READY BERTIE | De Niro | Topsider |
| MORE THAN PRETTY | Forest Wildcat | Crafty Propsector |
| MORE MOONLINGHT | Broad Brush | Raja Baba |
| PORTSEA | Time for a Change | Nijinsky II |
| R LOYAL MAN | Wild Gale | Skp Trial |
| READY FOR FORTUNE | Fortunate Prospect | Caller I.D. |

A leading first crop yearling sire, look for first 2YOs in 2012

*More Than Ready – Clever Phrase, by Clever Trick*

$5,000 live foal


WALMAC FARM LLC

3395 Paris Pike, Lexington, KY 40511 | (859) 299.0473 | walmac.com

SAYBROOK SET A 00869

1-14-12  1879753

Walmac
TT
R Image

TT

Please include job number on invoice

OUR JOB # 1879753

DATE: 1-11-12

ADVERTISER: Walmac

COLOR: 4C

CLOSING DATE: 1-9

RATE:

This is a firm contract and binding unless cancelled by closing date

| SPACE | TITLE | DATES OF INSERTION | COST |
|---|---|---|---|
| 3 col x 9 | R Image | 1-14-12 | $1640 |

PRODUCTION MATERIAL: AT PUBL. ☐ ENCL. ☐
ON FTP SITE ☐ EMAILED ☐ TO COME ☐

POSITION: best possible island

SPECIAL INSTRUCTIONS

AGENCY COMMISSION
15%

BY JMClaus

SAYBROOK SET A 00870

Run 313

Looking for Right Nick biggest
↓

N Am

Name  BM Sire

South Res.       St. W

# Champion Sire More Than Ready's Fastest 2YO Son on Dirt

# READY'S IMAGE

More Than Ready has sired more than 174 SH from 120+ Different BM Sires

Group/Graded Stakes Winners by the sire of READY'S IMAGE

| Name | Sire of dam | Sire of 2nd dam | Grade |
|---|---|---|---|
| PHELAN READY | Blevic | At Talaq | Champ 2yo, Aus-I |
| SEBRING | Flying Spur | Luskin Star | Champ 2yo, Aus-I |
| FORBIDDEN PRINCE | Sunny Clime | Fool's Paint | Champ 2yo, PR-I |
| MORE JOYOUS | Sunday Silence | Danehill | Aus-I |
| DREAMAWAY | Danehill | Sir Tristram | Aus-I |
| REGALLY READY | King of Kings | Nureyev | Can-IT |
| BENICIO | Danehill | Marscay | Aus-I |
| PERFECTLY READY | Danehill | Balmerino | Aus-I |
| BUSTER'S READY | Honour and Glory | Quiet American | Gr. I |
| CARRY ON CUTIE | Conquistarose | Alleged | Aus-I |
| SAKIMA | Ideal Planet | Assert | Mal-I |
| ELITE FALLS | Danehill | Sir Tristram | Aus-II |
| PLUCK | Fort Wood | Bush Telegraph | Gr. IIT |
| MORE STRAWBERRIES | Strawberry Road | Mr. Prospector | Aus-II |
| MORE THAN REAL | Dehere | Bold Ruckus | Gr. IIT |
| READY'S GAL | Nasty and Bold | Search for Gold | Can-IIT |
| FRITZ'S PRINCESS | Canny Lad | Red Anchor | Aus-II |
| READY TO PLEASE | Pine Bluff | Nasty and Bold | Gr. II |
| MARY'S FOLLIES | Miswaki | Wavering Monarch | Gr. IIT |
| READY'S IMAGE | Clever Trick | Wavering Monarch | Gr. II |
| BRIGHTEXPECTATIONS | Unbridled's Song | Danehill | Aus-II |
| HUNGRY ISLAND | A.P. Indy | Mr. Prospector | Gr. IIT |
| CLONANA | Myocard | Marscay | Aus-II |
| AUGUSTA PROUD | Langfuhr | Cryptoclearance | Aus-III |
| COMMON INTEREST | Snippets | Damascus | Sin-III |
| MORE THAN A REASON | Sabona | Naskra | Gr. III |
| CUSTOM FOR CARLOS | Meadowlake | Seattle Slew | Gr. III |

**A leading first crop yearling sire, look for first 2YOs in 2012**

*More Than Ready – Clever Phrase, by Clever Trick*

$5,000 live foal

**WALMAC FARM**

3395 Paris Pike, Lexington, KY 40511 | (859) 299.0473 | walmac.com



Br. Sire  Foals  SHs  % SW  % foals

#foal MTR out of Blevic Mares

SAYBROOK SET A 00871

# Looking for the Right Nick?

## READY'S IMAGE

His sire More Than Ready has sired more than 174 SH from 120+ Different BM Sires

Group/Graded Stakes Winners by the sire of READY'S IMAGE

| Name | Sire of dam | Sire of 2nd dam | Grade |
|---|---|---|---|
| PHELAN READY | Blevic | At Talaq | Champ 2yo, Aus-I |
| SEBRING | Flying Spur | Luskin Star | Champ 2yo, Aus-I |
| FORBIDDEN PRINCE | Sunny Clime | Fool's Paint | Champ 2yo, PR-I |
| MORE JOYOUS | Sunday Silence | Danehill | Aus-I |
| DREAMAWAY | Danehill | Sir Tristram | Aus-I |
| REGALLY READY | King of Kings | Nureyev | Can-IT |
| BENICIO | Danehill | Marscay | Aus-I |
| PERFECTLY READY | Danehill | Balmerino | Aus-I |
| BUSTER'S READY | Honour and Glory | Quiet American | Gr. I |
| CARRY ON CUTIE | Conquistarose | Alleged | Aus-I |
| SAKIMA | Ideal Planet | Assert | Mal-I |
| ELITE FALLS | Danehill | Sir Tristram | Aus-II |
| PLUCK | Fort Wood | Bush Telegraph | Gr. IIT |
| MORE STRAWBERRIES | Strawberry Road | Mr. Prospector | Aus-II |
| MORE THAN REAL | Dehere | Bold Ruckus | Gr. IIT |
| READY'S GAL | Nasty and Bold | Search for Gold | Can-IIT |
| FRITZ'S PRINCESS | Canny Lad | Red Anchor | Aus-II |
| READY TO PLEASE | Pine Bluff | Nasty and Bold | Gr. II |
| MARY'S FOLLIES | Miswaki | Wavering Monarch | Gr. IIT |
| READY'S IMAGE | Clever Trick | Wavering Monarch | Gr. II |
| BRIGHTEXPECTATIONS | Unbridled's Song | Danehill | Aus-II |
| HUNGRY ISLAND | A.P. Indy | Mr. Prospector | Gr. IIT |
| OLONANA | Myocard | Marscay | Aus-II |
| AUGUSTA PROUD | Langfuhr | Cryptoclearance | Aus-III |
| COMMON INTEREST | Snippets | Damascus | Sin-III |
| MORE THAN A REASON | Sabona | Naskra | Gr. III |
| CUSTOM FOR CARLOS | Meadowlake | Seattle Slew | Gr. III |

A leading first crop yearling sire, look for first 2YOs in 2012

*More Than Ready – Clever Phrase, by Clever Trick*

$5,000 live foal



WALMAC FARM

3395 Paris Pike, Lexington, KY 40511 | (859) 299.0473 | walmac.com

SAYBROOK SET A 00872

1879753
Champion Sire More Than Ready's Fastest 2YO Son on Dirt

# READY'S IMAGE

More Than Ready has sired more than 174 SH
from 120+ Different BM Sires

Group/Graded Stakes Winners by the sire of READY'S IMAGE
Name Sire of dam Sire of 2nd dam Grade
PHELAN READY Blevic At Talaq Champ 2yo, Aus-I
SEBRING Flying Spur Luskin Star Champ 2yo, Aus-I
FORBIDDEN PRINCE Sunny Clime, Fool's Paint Champ 2yo, PR-I
MORE JOYOUS Sunday Silence Danehill Aus-I
DREAMAWAY Danehill Sir Tristram Aus-I
REGALLY READY King of Kings Nureyev Can-IT
BENICIO Danehill Marscay Aus-I
PERFECTLY READY Danehill Balmerino Aus-I
BUSTER'S READY Honour and Glory Quiet American gr. I
CARRY ON CUTIE Conquistarose Alleged Aus-I
SAKIMA Ideal Planet Assert Mal-I
ELITE FALLS Danehill Sir Tristram Aus-II
PLUCK Fort Wood Bush Telegraph gr. IIT
MORE STRAWBERRIES Strawberry Road Mr. Prospector Aus-II
MORE THAN REAL Dehere Bold Ruckus gr. IIT
READY'S GAL Nasty and Bold Search for Gold Can-IIT
FRITZ'S PRINCESS Canny Lad Red Anchor Aus-II
READY TO PLEASE Pine Bluff Nasty and Bold gr. II
MARY'S FOLLIES Miswaki Wavering Monarch gr. IIT
READY'S IMAGE Clever Trick Wavering Monarch gr. II
BRIGHTEXPECTATIONS Unbridled's Song Danehill Aus-II
HUNGRY ISLAND A.P. Indy Mr. Prospector gr. IIT
OLONANA Myocard Marscay Aus-II
AUGUSTA PROUD Langfuhr Cryptoclearance Aus-III
COMMON INTEREST Snippets Damascus Sin-III
MORE THAN A REASON Sabona Naskra gr. III
CUSTOM FOR CARLOS Meadowlake Seattle Slew gr. III

A leading first crop yearling sire, look for first 2YOs in 2012

# READY'S IMAGE
More Than Ready – Clever Phrase, by Clever Trick
$5,000 live foal

Untitled

North American Stakes Winners by the sire of READY'S IMAGE

Name Sire of dam Sire of 2nd dam Grade

REGALLY READY King of Kings Nureyev Can-IT

BUSTER'S READY Honour and Glory Quiet American gr. I

SAKIMA Ideal Planet Assert Mal-I

PLUCK Fort Wood Bush Telegraph gr. IIT

MORE THAN REAL Dehere Bold Ruckus gr. IIT

READY'S GAL Nasty and Bold Search for Gold Can-IIT

READY TO PLEASE Pine Bluff Nasty and Bold gr. II

MARY'S FOLLIES Miswaki Wavering Monarch gr. IIT

READY'S IMAGE Clever Trick Wavering Monarch gr. II

HUNGRY ISLAND A.P. Indy Mr. Prospector gr. IIT

COMMON INTEREST Snippets Damascus Sin-III

MORE THAN A REASON Sabona Naskra gr. III

CUSTOM FOR CARLOS Meadowlake Seattle Slew gr. III

LA CHUNGA Wavering Monarch
gr. III

CAMINADORA Storm Boot
gr. III

TRAFFIC GUARD Zafonic
SW/G1 plcd

MORE THAN REGAL Interprete
MSW/MG3 plcd

SAUCEY EVENING General Meeting
MSW/G1 plcd

FASCINATIN' RHYTHM Green Alligator
MSW/G2 plcd

AUDACIOUS CHLOE Manila
MSW/G3 plcd

PROBATION READY Olympio
MSW

MORE THAN PROMISED Blushing John
MSW/G3 plcd

RUFF AND READY Notebook
MSW

READY RULER Interprete
SW

SAYBROOK SET A 00874

**From:** Margaret Claus
**Sent:** Wednesday, January 04, 2012 5:51 PM
**To:** scveticanin@hotmail.com
**Subject:** Few more

Sheri
Can you look these up also?
Just need 2nd dam sire

TRAFFIC GUARD Zafonic
SW/G1 plcd

MORE THAN REGAL Interprete
MSW/MG3 plcd

SAUCEY EVENING General Meeting
MSW/G1 plcd

FASCINATIN' RHYTHM Green Alligator
MSW/G2 plcd

AUDACIOUS CHLOE Manila
MSW/G3 plcd

PROBATION READY Olympio
MSW

MORE THAN PROMISED Blushing John
MSW/G3 plcd

RUFF AND READY Notebook
MSW

READY RULER Interprete
SW

LOVE OF DUBAI Prospect Bay
Ity-III

GRACE AND POWER Defensive Play
SW/G1 plcd
Many thanks
Margaret

--
This email was Anti Virus checked by Astaro Security Gateway. http://www.astaro.com
--
This email was Anti Virus checked by Astaro Security Gateway. http://www.astaro.com

SAYBROOK SET A 00875

**Margaret Claus - Fw: Few more**

**From:** "scveticanin" <scveticanin@walmac.com>
**To:** "Margaret Claus" <mclaus@saybrookadvertising.com>
**Date:** 1/5/2012 2:54 PM
**Subject:** Fw: Few more

Kind regards,
Sheri Cveticanin
Farm Secretary
Walmac Farm LLC
859/514-4916 Direct Line

----- Original Message -----
**From:** scveticanin
**To:** Sheri Cveticanin
**Sent:** Thursday, January 05, 2012 8:50 AM
**Subject:** Re: Few more

TRAFFIC GUARD Zafonic
SW/G1 plcd Golden Fleece.

MORE THAN REGAL Interprete MSW/MG3 plcd =Cipayo (ARG).

SAUCEY EVENING General Meeting
MSW/G1 plcd Smarten

FASCINATIN' RHYTHM Green Alligator
MSW/G2 plcd Caveat.

AUDACIOUS CHLOE Manila
MSW/G3 plcd Fappiano

PROBATION READY Olympio
MSW Dixieland Band

MORE THAN PROMISED Blushing John
MSW/G3 plcd Nonoalco.

RUFF AND READY Notebook *Roi Dagobert
MSW

READY RULER Interprete
SW =Cipayo (ARG).

LOVE OF DUBAI Prospect Bay
Ity-III Diamonds Are Trump

GRACE AND POWER Defensive Play
SW/G1 plcd Little Current

Kind regards,
Sheri Cveticanin
Farm Secretary
Walmac Farm LLC
859/514-4916 Direct Line

----- Original Message -----
**From:** Sheri Cveticanin
**To:** scveticanin@walmac.com
**Sent:** Thursday, January 05, 2012 6:19 AM
**Subject:** Fw: Few more

SAYBROOK SET A 00876