# Walmac Farm, LLC

3395 Paris Pike
Lexington, KY 40511
Phone: (859) 299-0473
Fax: (859) 299-1259

---

James T. Scatuorchio, LLC
55 Bellevue Avenue
Rumson, NJ 07760

## Billing Statement
*Period Ending: 4/30/2013*

Page: 1 of 1
Invoice: 200042912

### CLIENT SUMMARY

| | *Charges* | *Credits* | *Balance* |
|---|---|---|---|
| **PREVIOUS BALANCE:** | | | $1,808.49 |
| **Adjustments** | | | |
| 4/30/2013 | | $2,747.25 | |
| Ready's Image 2009 Distribution | | | |
| 4/30/2013 | | $652.27 | |
| Ready's Image 2010 Distribution | | | |
| **BEGINNING BALANCE:** | | | ($1,591.03) |

**Current Month Horse Charges**

Ready's Image — 4/1/2013 Thru 4/30/2013 @ 25.00%

| | |
|---|---|
| Advertising | $87.94 |
| Blacksmith | $13.75 |
| Board | $600.00 |
| Breeding Shed Services | $275.00 |
| Nightwatchman – Security | $126.69 |
| Pedigrees and Marketing | $570.00 |
| Veterinary Care | $14.88 |
| Total Ready's Image | $1,688.26 |

Total for Invoice #200042912    $1,688.26

**ENDING BALANCE:**    $97.23

---

Walmac Farm, LLC    Please return this portion with payment    Syndicate Statement

| Client No. | Invoice # | Client Name | Amount Past Due | Current | Total Due |
|---|---|---|---|---|---|
| 9575 | 200042912 | Scatuorchio, James T. | $1,156.22 | ($1,058.99) | $97.23 |

Walmac Set AA 1069

# Walmac Farm, LLC

3395 Paris Pike
Lexington, KY  40511
Phone: (859) 299-0473
Fax: (859) 299-1259

Courtney Sullivan
55 Bellevue Avenue
Rumson, NJ  07760

## Billing Statement

Period Ending: 4/30/2013

Page: 1 of 1
Invoice: 200042915

### CLIENT SUMMARY

| | *Charges* | *Credits* | *Balance* |
|---|---|---|---|
| **PREVIOUS BALANCE:** | | | ($10,684.94) |
| Adjustments | | | |
| 4/30/2013 | | $457.88 | |
|     Ready's Image 2009 Distribution | | | |
| 4/30/2013 | | $108.71 | |
|     Ready's Image 2010 Distribution | | | |
| **BEGINNING BALANCE:** | | | ($11,251.53) |

**Current Month Horse Charges**

Ready's Image  —  4/1/2013 Thru 4/30/2013 @ 8.09%

| | | |
|---|---|---|
| Advertising | $28.46 | |
| Blacksmith | $4.45 | |
| Board | $194.16 | |
| Breeding Shed Services | $88.99 | |
| Nightwatchman - Security | $41.00 | |
| Pedigrees and Marketing | $184.46 | |
| Veterinary Care | $4.81 | |
| Total Ready's Image | $546.33 | |

Total for Invoice #200042915      $546.33

**ENDING BALANCE:**      ($10,705.20)

---

Syndicate Statement

Walmac Farm, LLC         Please return this portion with payment

| Client No. | Invoice # | Client Name | Prior Credits | Current | Total Due |
|---|---|---|---|---|---|
| 9884 | 200042915 | Sullivan, Courtney | ($7,269.79) | ($3,435.41) | ($10,705.20) |

Walmac Set AA 1117

# Walmac Farm, LLC

3395 Paris Pike
Lexington, KY 40511
Phone: (859) 299-0473
Fax: (859) 299-1259

---

Kevin J. Scatuorchio
55 Bellevue Avenue
Rumson, NJ 07760

**Billing Statement**

*Period Ending: 4/30/2013*

Page: 1 of 1
Invoice: 200042916

---

### CLIENT SUMMARY

| | * Charges * | * Credits * | * Balance * |
|---|---|---|---|
| **PREVIOUS BALANCE:** | | | ($10,684.94) |
| Adjustments | | | |
| 4/30/2013 | | $457.88 | |
| Ready's Image 2009 Distribution | | | |
| 4/30/2013 | | $108.71 | |
| Ready's Image 2010 Distribution | | | |
| **BEGINNING BALANCE:** | | | ($11,251.53) |

**Current Month Horse Charges**

Ready's Image    4/1/2013 Thru 4/30/2013 @ 8.09%

| | |
|---|---|
| Advertising | $28.46 |
| Blacksmith | $4.45 |
| Board | $194.16 |
| Breeding Shed Services | $88.99 |
| Nightwatchman - Security | $41.00 |
| Pedigrees and Marketing | $184.46 |
| Veterinary Care | $4.81 |
| Total Ready's Image | $546.33 |

Total for Invoice #200042916    $546.33

**ENDING BALANCE:**    ($10,705.20)

---

Walmac Farm, LLC    Please return this portion with payment    Syndicate Statement

| Client No. | Invoice # | Client Name | Prior Credits | Current | Total Due |
|---|---|---|---|---|---|
| 9883 | 200042916 | Scatuorchio, Kevin J. | ($7,598.44) | ($3,106.76) | ($10,705.20) |

Walmac Set AA 1165