**SAYBROOK ADVERTISING, INC.**
**143 WALTON AVENUE**
**LEXINGTON, KY 40508**
**859-231-7473**

JOB INVOICE
#22923

| **CLIENT ID** | **CLIENT** | **DATE** |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 01/31/09 |

| **JOB ID** | **JOB DESCRIPTION** | **PAGE** |
|---|---|---|
| 1203753 | TDN 1PG FLYER - .READY'S IMAGE - 01.16.09 | 1 |

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| SPACE CHARGE | 1,152.94 |
| PRODUCTION | 495.00 |

TOTAL THIS JOB: $1,647.94

**Terms:** NET 10 DAYS

Walmac Set X 2076

# In the image of his world-class sire

READY'S IMAGE and MORE THAN READY posted identical 105 Beyer Numbers in the Sanford S.-G2.

All Time Best Beyers* for 2YO Colts at Saratoga

| | |
|---|---|
| Came Home | 108 |
| Kelly Kip | 107 |
| Discreet Cat | 106 |
| READY'S IMAGE | 105 |
| MORE THAN READY | 105 |
| Henny Hughes | 105 |
| Sky Mesa | 103 |
| Afleet Alex | 102 |
| Hennessy | 100 |
| Chapel Royal | 100 |

## First year at stud 2009
# READY'S IMAGE

More Than Ready - Clever Phrase, by Clever Trick    $12,500 Live Foal, due Nov. 15



**WALMAC FARM LLC**
*winning the world over*

John T.L. Jones, III, Managing Director
3395 Paris Pike, Lexington, KY, USA 40511 • 859.299.0473 • walmac@walmac.com
*abbreviated chart

1203753_wal_ri_tdn_1_16_9.indd   1

Walmac Set X 2077
1/15/09   4:37:15 PM

**SAYBROOK ADVERTISING, INC.**
**143 WALTON AVENUE**
**LEXINGTON, KY 40508**
**859-231-7473**

JOB INVOICE
#24906

| **CLIENT ID** | **CLIENT** | **DATE** |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 09/30/09 |

| **JOB ID** | **JOB DESCRIPTION** | **PAGE** |
|---|---|---|
| 1382753 | TDN FLYER - READY'S IMAGE - 09.21.09 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| SPACE CHARGE W/ COLOR COPIES | 1,270.59 |
| PRODUCTION | 380.00 |

TOTAL THIS JOB: $1,650.59

**Terms:** NET 10 DAYS

Walmac Set X 1663



# "The Best 2-Year-Old I've Ever Trained."
—Four-time Eclipse Award winner Todd Pletcher

Blazed through his first 5 starts:

**April:** Maiden special at Keeneland on Polytrack - *Won*

**May:** G3 KY Cup Juvenile at Churchill Downs - *3rd*

**July:** Tremont S. at Belmont *Won by 7 3/4 lengths*

**July:** G2 Sanford S. at Saratoga *Won by 4 lengths in 1:09 4/5*

**Sept:** G1 Hopeful at Saratoga - *2nd*

His 105 Beyer from the Sanford is the fourth best of all time by a 2YO colt at Saratoga, and higher than any Beyer run by a juvenile in 2009.

"For value, the best horse that came to town this year."
—Pug Hart

Outstanding outcross for Northern Dancer



16.2 hands

First year at stud 2009

# READY'S IMAGE

More Than Ready - Clever Phrase, by Clever Trick



**WALMACFARM** LLC
*winning the world over*

John T.L. Jones, III, Managing Director
3395 Paris Pike, Lexington, KY, USA 40511 • 859.299.0473 • walmac@walmac.com   Walmac Set X 1664