| | |
|---|---|
| | 1829753 ✓ |
| CLIENT Walmac | SAYBROOK ADVERTISING |
| TITLE / FOCUS Reedy's Image | DATE OPENED 9-2 |
| PUBLICATION / DATE TTT 9/4/11 | SIZE ½ pg |
| | COLORS 4C |
| | SHIP DATE 9-2 |

NOTES
DATE

1/4 hr. Research (v stat for change)
1/4 hr media buy

SAYBROOK SET A 01778

9-4-11  1829753

Walmac

TTT

Ready's Image

TTT

Please include job number on invoice

OUR JOB # 1829753

DATE: 9-2

RTISER: Walma

COLOR: 4c

CLOSING DATE: 9-2

RATE:

This is a firm contract and binding unless cancelled by closing date

| SPACE | TITLE | DATES OF INSERTION | COST |
|---|---|---|---|
| 1/2 pg | Ready's Image | 9-4-11 | $760 |

PRODUCTION MATERIAL: AT PUBL. ☐  ENCL. ☐
ON FTP SITE ☐  EMAILED ☐  TO COME ☐

POSITION: Best possible

SPECIAL INSTRUCTIONS

AGENCY COMMISSION
15%
[signature]
BY

SAYBROOK SET A 01779

# #1 First Crop Yearling Sire by Median, 2 or more sold

| | |
|---|---|
| READY'S IMAGE | $115,000 |
| BIG BROWN | $112,500 |
| MAJESTIC WARRIOR | $ 95,000 |
| MIDNIGHT LUTE | $ 88,500 |

*Source: TDN Instatistics, 8/24/11

*"He was a very impressive 2YO. I think he'll have really good-looking foals with commercial appeal."*
   –Jonathan Thorne, upon Ready's Image retirement to stud and consignor of

Saratoga NY-bred colt out of Queen of Valentine, sold to Nick de Meric, agt. **$150,000,** the second highest price colt in session two

At Fasig-Tipton July Oak Lodge USA sold a filly out of Golden Mirage to Winsong Farm **$80,000**

**Look for More Yearlings Selling**
Keeneland September....hips 1839, 1974, 2281, 2491, 2781, 3524, 4048, 4122

Champion Sire
More Than Ready's Fastest 2YO on dirt

# READY'S IMAGE

*More Than Ready – Clever Phrase, by Clever Trick*



WALMAC FARM LLC

(859) 299.0473 | walmac.com

9/4/11 777

1839753

check on 8/31

SAYBROOK SET A 01780

SAYBROOK ADVERTISING, INC.
P.O. BOX 38
LEXINGTON, KY 40588
859-231-7473

## JOB INVOICE
#*Preview*

| CLIENT ID | CLIENT | DATE |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 09/30/11 |

| JOB ID | JOB DESCRIPTION | PAGE |
|---|---|---|
| 1829753 | TTT - READY'S IMAGE - 09.04.11 | 1 |

| DESCRIPTION | AMOUNT |
|---|---:|
| SPACE CHARGE | 760.00 |
| COPYWRITING | 20.00 |
| RESEARCH SERVICES | 12.50 |
| AGENCY SERVICES | 70.00 |
| MEDIA/ACCOUNT SUPERVISION | 3.75 |
| PROOFREADING | 7.50 |

TOTAL THIS JOB: $873.75

**Terms:** NET 10 DAYS

Walmac Set X 1248

# #1 First Crop Yearling Sire by Median, 2 or more sold

| | |
|---|---|
| READY'S IMAGE | $115,000 |
| BIG BROWN | $112,500 |
| MAJESTIC WARRIOR | $ 95,000 |
| MIDNIGHT LUTE | $ 88,500 |

*Source: TDN Instatistics, 8/24/11

*"He was a very impressive 2YO. I think he'll have really good-looking foals with commercial appeal."*
    —Jonathan Thorne, upon Ready's Image retirement to stud and consignor of

Saratoga NY-bred colt out of Queen of Valentine, sold to Nick de Meric, agt. **$150,000,** the second highest price colt in session two

At Fasig-Tipton July Oak Lodge USA sold a filly out of Golden Mirage to Winsong Farm **$80,000**

**Look for More Yearlings Selling**
Keeneland September....hips 1839, 1974, 2281, 2491, 2781, 3524, 4048, 4122

Champion Sire
More Than Ready's Fastest 2YO on dirt

# READY'S IMAGE

*More Than Ready – Clever Phrase, by Clever Trick*



**WALMAC FARM LLC**

(859) 299.0473 | walmac.com

Walmac Set X 1249

1907753

SAYBROOK ADVERTISING
CLIENT Walmac
TITLE / FOCUS Ready's Image
PUBLICATION / DATE TDN 2-27-12
DATE OPENED 2-24
SIZE 1/2 pg
COLORS 4C
SHIP DATE 2-24

NOTES
DATE

1/2 hr. comp

1/2 hr art

SAYBROOK SET A 00966



"We bought two colts by Ready's Image at the yearling sales and have been impressed with each from day one. Both are top physicals and good movers, with a precocious look and dispositions to match. If he keeps producing individuals like these, down the road we could be looking at the heir apparent to More Than Ready."

-*Nick De Meric*

# READY'S IMAGE

*More Than Ready – Clever Phrase, by Clever Trick*
$5,000 live foal

 FARM

(859) 299.0473 | walmac.com

SAYBROOK SET A 00967

2-27-12   1907753

Walmart
TDN
Ready's Image

TDN

Please include job number on invoice

OUR JOB # 1907753

DATE: 2-24

ERTISER: Walmart

COLOR: 4C

CLOSING DATE: 2-24

RATE:

This is a firm contract and binding unless cancelled by closing date

| SPACE | TITLE | DATES OF INSERTION | COST |
|---|---|---|---|
| 1/2 pg | Ready's Image | 2-27-12 | |

PRODUCTION MATERIAL: AT PUBL. ☐  ENCL. ☐
ON FTP SITE ☐   EMAILED ☐  TO COME ☐

POSITION: best possible

SPECIAL INSTRUCTIONS

AGENCY COMMISSION
15%

BY M Claus

SAYBROOK SET A 00968



"We bought two colts by Ready's Image at the yearling sales and have been impressed with each from day one. Both are top physicals and good movers, with a precocious look and dispositions to match. If he keeps producing individuals like these, down the road we could be looking at the heir apparent to More Than Ready."

-Nick De Meric

# READY'S IMAGE

*More Than Ready – Clever Phrase, by Clever Trick*
$6,500 live foal



(859) 299.0473 | walmac.com

5000

SAYBROOK SET A 00969



"We bought two colts by Ready's Image at the yearling sales and have been impressed with each from day one. Both are top physicals and good movers, with a precocious look and dispositions to match. If he keeps producing individuals like these, down the road we could be looking at the heir apparent to More Than Ready."

-Nick de Meric

# READY'S IMAGE

*More Than Ready – Clever Phrase, by Clever Trick*
$6,500 live foal



WALMAC FARM

(859) 299.0473 | walmac.com

D

SAYBROOK SET A 00970





"We bought two colts by Ready's Image at the yearling sales and have been impressed with each from day one. Both are top physicals and good movers, with a precocious look and dispositions to match. If he keeps producing individuals like these, down the road we could be looking at the heir apparent to More Than Ready."

-Nick de Meric

# READY'S IMAGE

*More Than Ready – Clever Phrase, by Clever Trick*
$6,500 live foal

**WALMAC FARM** LLC

(859) 299.0473 | walmac.com

SAYBROOK SET A 00971

**SAYBROOK ADVERTISING, INC.**
P.O. BOX 38
LEXINGTON, KY 40588
859-231-7473

# JOB INVOICE
#*Preview*

| **CLIENT ID** | **CLIENT** | **DATE** |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 02/29/12 |

| **JOB ID** | **JOB DESCRIPTION** | **PAGE** |
|---|---|---|
| 1907753 | TDN - READY'S IMAGE - 02.27.12 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| COPYWRITING | 40.00 |
| ARTWORK | 40.00 |
| AGENCY SERVICES | 70.00 |
| PROOFREADING | 15.00 |


*space?*

25⁰

TOTAL THIS JOB: $165.00

**Terms:** NET 10 DAYS

SAYBROOK SET A 00963

**SAYBROOK ADVERTISING, INC.**
**P.O. BOX 38**
**LEXINGTON, KY 40588**
**859-231-7473**

## JOB INVOICE
#28454

| **CLIENT ID** | **CLIENT** | **DATE** |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 02/29/12 |

| **JOB ID** | **JOB DESCRIPTION** | **PAGE** |
|---|---|---|
| 1907753 | TDN - READY'S IMAGE - 02.27.12 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| TWO READY'S IMAGE PHOTOS | 87.50 |
| COPYWRITING | 80.00 |
| ARTWORK | 70.00 |
| AGENCY SERVICES | 70.00 |
| PROOFREADING | 30.00 |

TOTAL THIS JOB: $337.50

**Terms:** NET 10 DAYS

Walmac Set X 1196



"We bought two colts by Ready's Image at the yearling sales and have been impressed with each from day one. Both are top physicals and good movers, with a precocious look and dispositions to match. If he keeps producing individuals like these, down the road we could be looking at the heir apparent to More Than Ready."

-Nick De Meric

# READY'S IMAGE

*More Than Ready – Clever Phrase, by Clever Trick*
$5,000 live foal



WALMAC FARM

(859) 299.0473 | walmac.com

Walmac Set X 1197