# THOROUGHBRED TIMES® 

# INVOICE

PO Box 8237

Lexington KY 40533
859-260-9800  Fax:859-260-

INVOICE NO.
    153771,153772,153966
DATE Feb 29 2012
CUSTOMER ID  261

TO  Walmac Farm LLC
      3395 Paris Pk
      Lexington, KY 40511

| SALESPERSON | PAYMENT TERMS | DUE DATE |
|---|---|---|
| Scott Rion | Due within 30 days | Mar 30 2012 |

| Magazine | Issue Date | Description / Caption | Gross Rate | Production | Total Discount | Net Price |
|---|---|---|---|---|---|---|
| TT | 02/04/12 | Ready's Image | $1,640.00 | | | $1,640.00 |
|    |          | 27" 3C x 9" 4 Color | | | | |
| TT | 02/04/12 | Ready's Image | $1,640.00 | | | $1,640.00 |
|    |          | 27" 3C x 9" 4 Color | | | | |
| TT | 02/11/12 | Songandaprayer | | | | |
|    |          | NG Stakes 4 Color | $105.00 | | | $105.00 |

Please include a copy of invoice with payment.

TOTAL  $  3,385.00

COPY

SAYBROOK SET B 00106



**Lithographics inc**

1835 AIRLANE DRIVE, NASHVILLE, TN 37210
Local: 615.889.1200   Toll Free: 800.222.0132

**Statement**

| STATEMENT DATE |
|---|
| Friday, April 9, 2010 |
| ACCOUNT NUMBER |
| 00743 |

SAYBROOK ADVERTISING
143 WALTON AVENUE
LEXINGTON, KY   40508

PLEASE REFER ALL QUESTIONS TO:
**Judy Davies**
jdavies@lithographicsinc.com
615-889-1200 Ext.266

PLEASE NOTE STATEMENT DATE. PURCHASES & PAYMENTS MADE AFTER STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT.

| INVOICE | PO NUMBER | JOB DESCRIPTION | TRANS DATE | TRANS CODE | AMOUNT |
|---|---|---|---|---|---|
| 031310 | | 1) DENALI BROCHURE | 02/08/10 | JR | 3,496.82 |
| 031726 | | WALMAC POSTCARDS | 03/11/10 | JR | 404.01 |
| 032045 | | HIDDEN BROOK INSERT, ENVELOPE, | 03/31/10 | JR | 954.66 |
| 032046 | | HIDDEN BROOK MAILER | 03/31/10 | JR | 936.08 |

**Amount Due**   =   5,791.57
**Unapplied Deposits**   =   0.00

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91+ Days |
|---|---|---|---|---|
| $0.00 | $2,294.75 | $3,496.82 | $0.00 | $0.00 |

SAYBROOK SET B 00144

# Blenheim Publishing LLC

Blenheim Publishing LLC
3070 Lakecrest Cir.
Suite 400-292
Lexington, KY 40513

ray@paulickreport.com
http://www.paulickreport.com

## Invoice

| Date | Invoice No. |
|---|---|
| 08/09/2010 | 362 |

| Terms | Due Date |
|---|---|
| Due on receipt | 08/09/2010 |

**Bill To**

Margaret Claus
Saybrook Advertising - Walmac Farm
Saybrook Advertising
143 Walton Ave.
Lexington, KY 40508

| Amount Due | Enclosed |
|---|---|
| $1,500.00 | |

Please detach top portion and return with your payment

| | Ship Date |
|---|---|
| | 08/09/2010 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Paulick Report Blog Banner Ad | 1 | 2,000.00 | 2,000.00 |
| • Agency discount | -2000 | 15.00% | -300.00 |
| • extended commitment | -2000 | 10.00% | -200.00 |

Thank you for your business.

| Total | $1,500.00 |
|---|---|

SAYBROOK SET C 0005

**Blood-Horse PUBLICATIONS**

THE BLOOD-HORSE - THE HORSE - KEENELAND
KENTUCKY DERBY - BREEDERS' CUP - TBH MARKETWATCH - ECLIPSE PRESS
3101 BEAUMONT CENTRE CR - PO BOX 919003 - LEXINGTON, KY 40591-9003
859.278.2361 - FAX: 859.276.6831 - www.bloodhorse.com

**STATEMENT**

STATEMENT DATE: 01 MAY 2013

PAGE: 1

ACCOUNT #: WAIN

WALMAC FARM
Attn: CAROL MUELLER
3856 PARIS PIKE
LEXINGTON, KY 40511

| AMOUNT ENCLOSED | |
|---|---|
| | |

PLEASE DETACH AND RETURN ABOVE PORTION WITH YOUR REMITTANCE

| INVOICE # | INVOICE DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| M007923 | 13 JAN 2013 | ADVERTISING INVOICE STALLION REGISTER | $ 250.00 |
| SC27801 | 02 APR 2013 | LATE FEES STALLION REGISTER | $ 3.75 |
| SC27857 | 01 MAY 2013 | LATE FEES STALLION REGISTER | $ 3.75 |

| 0-30 | 31-60 | 61-90 | 91-120 | >120 | TOTAL |
|---|---|---|---|---|---|
| $ 7.50 | $ 0.00 | $ 0.00 | $ 250.00 | $ 0.00 | $ 257.50 |

BLOOD-HORSE PUBLICATIONS - 3101 BEAUMONT CENTRE CR - PO BOX 919003 - LEXINGTON, KY 40591-9003 - 859.278.2361 - FAX: 859.276.6831 - www.bloodhorse.com

SAYBROOK SET C 0011