**SAYBROOK ADVERTISING, INC.**
**P.O. BOX 38**
**LEXINGTON, KY 40588**
**859-231-7473**

JOB INVOICE
#27056

| **CLIENT ID** | **CLIENT** | **DATE** |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 11/27/10 |

| **JOB ID** | **JOB DESCRIPTION** | **PAGE** |
|---|---|---|
| 1735753 | WEB UPDATES - 11.23.10 | 1 |

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| AGENCY SERVICES | 70.00 |

÷ 8 =  8-75

TOTAL THIS JOB: $70.00

**Terms:** NET 10 DAYS

Walmac Set X 1395

**SAYBROOK ADVERTISING, INC.**
**P.O. BOX 38**
**LEXINGTON, KY 40588**
**859-231-7473**

JOB INVOICE
#26557

| **CLIENT ID** | **CLIENT** | **DATE** |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 07/31/10 |

| **JOB ID** | **JOB DESCRIPTION** | **PAGE** |
|---|---|---|
| 1657753 | WEB SITE - UPDATE STALLIONS - 07.22.10 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| AGENCY SERVICES | 150.00 |

÷ 7 = 21.43 each (×)

TOTAL THIS JOB: $150.00

**Terms:** NET 10 DAYS

Walmac Set X 1432

SAYBROOK ADVERTISING, INC.
143 WALTON AVENUE
LEXINGTON, KY 40508
859-231-7473

## JOB INVOICE
#25249

| CLIENT ID | CLIENT | DATE |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 11/30/09 |

| JOB ID | JOB DESCRIPTION | PAGE |
|---|---|---|
| 1491753 | PRESS RELEASE - 2010 FEES - 11.24.09 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| AGENCY SERVICES | 150.00 |

=18.75

TOTAL THIS JOB: $150.00

Terms: NET 10 DAYS

Walmac Set X 1621

SAYBROOK ADVERTISING, INC.
143 WALTON AVENUE
LEXINGTON, KY 40508
859-231-7473

JOB INVOICE
#25245

| CLIENT ID | CLIENT | DATE |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 11/30/09 |

| JOB ID | JOB DESCRIPTION | PAGE |
|---|---|---|
| 1487753 | FOLIO - READY'S IMAGE ADS & PHOTOS - 11.18.09 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| AGENCY SERVICES | 70.00 |

TOTAL THIS JOB: $70.00

Terms: NET 10 DAYS

Walmac Set X 1636

**SAYBROOK ADVERTISING, INC.**
**P.O. BOX 38**
**LEXINGTON, KY 40588**
**859-231-7473**

JOB INVOICE
#27481

| **CLIENT ID** | **CLIENT** | **DATE** |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 03/31/11 |

| **JOB ID** | **JOB DESCRIPTION** | **PAGE** |
|---|---|---|
| 1781753 | PRESS RELEASE - DAN RAPP - 03.29.11 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| AGENCY SERVICES | 70.00 |

RI*01813

TOTAL THIS JOB: $70.00

**Terms:** NET 10 DAYS