**SAYBROOK ADVERTISING, INC.**
**P.O. BOX 38**
**LEXINGTON, KY  40588**
**859-231-7473**

## JOB INVOICE
#29038

| **CLIENT ID** | **CLIENT** | **DATE** |
|---|---|---|
| 100758 | READY'S IMAGE S. HEMISPHERE 2011 | 08/31/12 |

| **JOB ID** | **JOB DESCRIPTION** | **PAGE** |
|---|---|---|
| 10758 | ANZ - ARLINGTON - 08-17-2012 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| COPYWRITING | 45.00 |
| ARTWORK | 90.00 |
| AGENCY SERVICES | 75.00 |
| PROOFREADING | 20.00 |

TOTAL THIS JOB:  $230.00

**Terms:**  NET 10 DAYS

Walmac Set X 1109

## NEWS IN BRIEF

*Continued from page 2*

### SHE'S A FOX INJURED

Exciting filly She's A Fox (Fastnet Rock) is out for the spring after she injured a ligament at the back of a knee. "We could have pushed on and treated it but she's too good a filly to risk," said trainer Anthony Cummings. "We took the conservative view in dealing with it. She will have some treatment and she'll be out for three months and come back in the autumn," he added.

### REKINDLED ALLIANCE DIES

The Paul Messara-trained multiple Group placegetter Rekindled Alliance (Redoute's Choice) collapsed and died from a heart attack shortly after completing trackwork on Wednesday morning. "Stable star Rekindled Alliance passed away this morning. He had a heart attack shortly after finishing his work. The stable is devastated," said Paul Messara.

### MUFASA FAVOURITE

Mufasa (Pentire), at $3.50 favourite for Saturday week's Makfi Challenge Stakes (Gr 1, 1400m) at Hawkes Bay, worked nicely yesterday in an exhibition gallop on a heavy track at Ruakaka. "He started at the 1200m mark and travelled 1000m in what was a pleasing effort on a tough track," said trainer Stephen McKee.

### AFSARE POSSIBLE FOR COX PLATE

Trainer Luca Cumani will decide in the next fortnight if Afsare (Dubawi), runner-up in the Arlington Million (Gr 1, 10f) in Chicago last Saturday, comes to Melbourne for this year's Cox Plate (Gr 1, 2040m) at Moonee Valley on 27 October. "It's possible that he might come for the Cox Plate but we need to see how he comes out of the race and how he trains in the next couple of weeks before making a final decision," Cumani said.

### FRANKEL STEPS UP WITH EASE

World Champion Frankel (4c Galileo {Ire} by Danehill) took a step up in trip with ease, scoring a seven length victory over Farhh (Pivotal) and St Nicholas Abbey (Montjeu) in the Juddmonte International (Gr 1, 1m2f) on the first day of York's Ebor Festival. Jockey Tom Queally, who has ridden Frankel in all of his races, said, "It is unbelievable, it was special today as everybody really got behind him and the Yorkshire crowd really appreciated him being here. Going that quick a pace helped as there was no funny business. It was end-to-end, we were racing and the best horse won and he won comprehensively." Frankel has now beaten the record of Rock Of Gibraltar (Danehill) with his eighth successive Group One victory.

### FIRST STAKES WINNER FOR DEFENCE

Dundonnell (2c ex Family by Danzig) was the first stakes winner for his sire First Defence (Unbridled's Song) when winning the Acomb Stakes (Gr 3, 7f) at York yesterday. First Defence stood for a fee of US$7,500 at Juddmonte's Kentucky base this season.

### WORTHY SCORES FIRST GROUP VICTORY

The John Gosden-trained Thought Worthy (3c Dynaformer – Vignette by Diesis) was the pillar-to-post winner of the Great Voltigeur Stakes (Gr 2, 1m4f) at York yesterday, beating the favourite Main Sequence (Aldebaran). The three-year-old, who is owned and was bred by George Strawbridge, won the Fairway Stakes (Listed, 1m2f) at Newmarket in May.

---

# RACING NEWS

### *Secret Admirer Starts Caulfield Cup Campaign*

Dual Group One winner Secret Admirer (Dubawi) resumes in the Warwick Stakes (Gr 2, 1400m) at Warwick Farm on Saturday as the first step in a campaign geared towards the Caulfield Cup (Gr 1, 2400m) on 20 October.

She has not won beyond 1600m but Secret Admirer has shown connections enough at her only two starts beyond that journey to come under consideration for the Caulfield Cup.

"Because she gets well weighted in that race we felt it was time to try her over 2400m. She ran fifth in the Cox Plate and third in the Queen Elizabeth so we've got a little bit of an inkling that she will handle it," said trainer Grahame Begg.

Reflecting the fact she will be aimed at longer races, Secret Admirer will resume over 1400m for the first time on Saturday. Her other first-up runs have been over shorter journeys and she has been placed in all three.

Secret Admirer has not raced since third to More Joyous (More Than Ready) and Manighar (Linamix) in the Queen Elizabeth Stakes (Gr 1, 2000m) at Randwick on 28 April.

Along with the Peter Moody-trained Lights Of Heaven (Zabeel), Secret Admirer will be striving to become the first mare to win the Warwick Stakes since Private Steer (Danehill Dancer) in 2004.

The Missile Stakes (Gr 3, 1200m) winner Pinwheel (Lonhro) was favourite with the NSW TAB at $2.90 ahead of Gai Waterhouse-trained former New Zealander Rock`N' Pop (Fastnet Rock) at $5.50 with Secret Admirer and Lights Of Heaven both at $8.00.

**RELATED LINKS**
- Warwick Stakes

---



**ARLINGTON**
Multiple Group placed, including G1
Royal Randwick Guineas

Half brother to          -G1 (sire)

**LINCOLN FARM PTY LTD**
520 Timor Rd. Blandford, NSW 2338
www.lincolnfarm.com.au
Nick Posa 0417 903 578
nick@lincolnfarm.com.au

SAYBROOK ADVERTISING, INC.
143 WALTON AVENUE
LEXINGTON, KY 40508
859-231-7473

JOB INVOICE
#25227

**CLIENT ID** 100753

**CLIENT**
WALMAC FARM LLC
3395 PARIS PIKE
LEXINGTON, KY 40575

**DATE** 11/30/09

**JOB ID** 1467753

**JOB DESCRIPTION**
TDN - READY'S IMAGE - 11.16.09

**PAGE** 1

| DESCRIPTION | AMOUNT |
|---|---|
| SPACE CHARGE | 1,223.53 |
| TYPESETTING | 25.00 |
| COMPUTER LAYOUT | 40.00 |
| MECHANICALS | 40.00 |
| PRINTOUTS | 2.50 |
| TWO BANDINI PHOTOS | 70.00 |
| COPYWRITING | 40.00 |
| COMPUTER ART | 50.00 |
| RESEARCH SERVICES | 12.50 |
| AGENCY SERVICES | 70.00 |
| PROOFREADING | 15.00 |

TOTAL THIS JOB: $1,588.53

Terms: NET 10 DAYS

Walmac Set X 1630



Dominating Grade I winner by a rising SIRE OF SIRES from one of the world's best SIRE-PRODUCING female families.

Photos: Mathea Kelley

First progeny have been purchased by

A.J. Foyt Jr.
George Krikorian
Marco A. Gonzalez
Nick de Meric
Webb Carroll
Budget Stable

Flying Zee Stable
Whitehall Stable
George Isaacs
Bruce Levine
Ben Glass
Kjell Qvale

*Look for more weanlings and in-foal mares*

# Bred to Be a Sire

**UPDATE!**
first crop yields
$120,000 filly
$100,000 colt

# BANDINI

FUSAICHI PEGASUS - DIVINE DIXIE, BY DIXIELAND BAND



WALMAC
*winning the world over*

John T.L. Jones, III, Managing Director
3395 Paris Pike, Lexington, KY, USA 40511 • 859.299.0473 • walmac@walmac.com

Walmac Set X 1631

| | | |
|---|---|---|
| | | 10758 |
| CLIENT | Lincoln | SAYBROOK ADVERTISING |
| | | DATE OPENED 8-15 |
| TITLE / FOCUS | Arlington | SIZE 2 strips |
| PUBLICATION / DATE | ANZ 8-17-12 | COLORS 4c |
| | | SHIP DATE 8-17 |

NOTES
DATE

Total
$250 prod. for 2 ads

✓ AS 75
✓ C 45    OR   AS — Change Description
✓ Av 100              Production $250.00
✓ PR 30

8-17-12 Lincoln ANZ-Arlington 10758

**EXHIBIT**
Claeys 3  4/5/13
sle

SAYBROOK SET A 00085

SAYBROOK ADVERTISING, INC.
P.O. BOX 38
LEXINGTON, KY 40588
859-231-7473

## JOB INVOICE
#29038

| CLIENT ID | CLIENT | DATE |
|---|---|---|
| 100758 | READY'S IMAGE S. HEMISPHERE 2011 | 08/31/12 |

| JOB ID | JOB DESCRIPTION | PAGE |
|---|---|---|
| 10758 | ANZ - ARLINGTON - 08-17-2012 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| COPYWRITING | 45.00 |
| ARTWORK | 90.00 |
| AGENCY SERVICES | 75.00 |
| PROOFREADING | 20.00 |

TOTAL THIS JOB: $230.00

**Terms:** NET 10 DAYS

SAYBROOK SET A 00086