**SAYBROOK ADVERTISING, INC.**
**P.O. BOX 38**
**LEXINGTON, KY 40588**
**859-231-7473**

## JOB INVOICE
#22563

| **CLIENT ID** | **CLIENT** | **DATE** |
|---|---|---|
| 100753 | WALMAC FARM LLC<br>3395 PARIS PIKE<br>LEXINGTON, KY 40575 | 11/30/08 |

| **JOB ID** | **JOB DESCRIPTION** | **PAGE** |
|---|---|---|
| 1116753 | FLYER - READY'S IMAGE - 11.06.08 | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| PRINTING | 521.65 |
| PRINTING | 372.46 |
| PRODUCTION | 575.00 |

TOTAL THIS JOB: $1,469.11

**Terms:** NET 10 DAYS

RI*00023

# Walmac Farm, LLC
## 3395 Paris Pike
## Lexington, KY 40511
### Phone: (859) 299-0473  FAX: (859) 299-1259

## Syndicate Statement
### 10/14/2008 to 12/31/2008

Page: 1

Joseph T. Scatuorchio
55 Bellevue Avenue
Rumson, NJ 07760

### CLIENT SUMMARY

| | * Charges * | * Credits * | * Balance * |
|---|---|---|---|
| **PREVIOUS BALANCE:** | | | $0.00 |
| **BEGINNING BALANCE:** | | | $0.00 |

**Current Period Syndicate Charges**
Ready's Image   10/14/2008 Thru 12/31/2008 @ 33.30%

| | Charges |
|---|---|
| Board | $1,711.50 |
| Worming | $54.30 |
| Vaccinations | $19.32 |
| General Vet | $30.15 |
| Blacksmith | $15.00 |
| Test Mares | $220.80 |
| Tack | $253.75 |
| Photos | $250.00 |
| Pedigrees and Marketing | $513.21 |
| Nightwatchman - Security | $427.37 |
| Advertising | $28,223.48 |
| **Total Ready's Image** | **$31,718.88** |

**ENDING BALANCE:**  $31,718.88

---

Syndicate Statement          Please return this portion with payment

| Client | Client Name | Amount Past Due | Current | Total Due |
|---|---|---|---|---|
| 115552 | James T. Scatuorchio, LCC | $0.00 | $31,718.88 | $31,718.88 |

RI*01767