## STALLION SERVICE AGREEMENT

THIS AGREEMENT made and entered into by and between the Seller and Buyer with respective mailing addresses as follows:

BUYER:

Dr. Linda Robbins - Cedar Point Farm
2153 Bethlehem Road
Paris, Kentucky 40361

Stallion _Ready Image_
Mare _____
Share No. _FC/015_
Contract Returned/Entered: _____
_____ Access ✓ X ✓ M/S
Comment _____

Seller:

Walmac Farm, LLC
3395 Paris Pike
Lexington, KY 40511
PHONE: (859) 299-0473
FAX: (859) 299-1259

1. Seller is the owner of and agrees to sell to Buyer a nomination for the 2010 breeding season to the Thoroughbred Stallion, _____Ready's Image._____

2. Buyer agrees to breed _____Starlique,_____ by _____Time For A Change,_____ out of _____Stalique,_____ a Thoroughbred mare to the stallion during the breeding season. The Purchaser agrees to present the Mare for breeding to the Stallion during the breeding season on as many heat periods as may be necessary for the Mare to become pregnant. If the Mare dies or becomes unfit or unable to be bred, Purchaser shall notify the Seller in writing and provide a copy of a certificate from the attending veterinarian within ten days. Purchaser agrees not to breed mare to any other stallion during the breeding season.

3. Buyer hereby agrees to pay Seller as follows for the aforesaid nomination:
   a. The sum of U.S. $ _____5,830.00_____ on a Stand And Nurse basis, payable when the foal stands and nurses.

   Unless otherwise noted below, all payments on a Live-Foal basis are refundable if the mare bred does not produce as a result of the aforesaid breeding a single live foal that is able to stand and nurse in the year following breeding, provided that the Buyer furnishes Seller with a satisfactory veterinary certificate to that effect within 60 days of the date and said mare foals, dies, aborts or is determined to not be in foal. Buyer agrees to pay 1.5% per month interest charges on any delinquent fees required herein. Any amount payable on a Live-Foal basis which is more than 30 days delinquent shall thereafter be payable on a No-Guarantee basis. All payments on a No-Guarantee basis are not refundable in any case except as specifically herein provided. Payments and refunds must be made directly to principals named in this contract.

4. Buyer agrees that said mare shall be healthy and in sound breeding condition, this fact to be certified by a qualified veterinarian before the mare is bred. It is further agreed that the Syndicate Manager of said stallion reserves the right to refuse to permit the breeding of any mare to said stallion. It is further agreed that neither party shall be liable or responsible to either party for any disease, accident or injury to said mare or said stallion.

5. This contract shall not be assigned or transferred by Buyer. Further, if the Mare, or any interest therein, is sold, transported to a public sale (regardless of whether a sale is completed) or exported from the United States (with the exception of Canada), the Total Fee, if unpaid, shall immediately become due and payable and NO REFUND of said Total Fee shall be due from Walmac Farm LLC to the Purchaser, or to any subsequent purchaser, under any circumstances.

6. In the event said stallion should die, be sold, or become unfit for service before servicing said mare, any payment received on a live-foal basis shall be refunded to Buyer. Further, should said mare die or become unfit to breed, any payments made by Buyer other than on a No-Guarantee basis shall be refunded.

7. In the event this contract is executed by an agent on behalf of Buyer, the undersigned agent warrants full disclosure to Buyer of the terms of this contract and any commission paid by Seller to agent in connection with this contract. Such agent hereby unconditionally guarantees the full and prompt payment of the Total Fee as well as the full and prompt performance by the Purchaser of any and all other obligations hereunder.

8. It is agreed that payment in full is a condition of delivery of the service certificate by the Seller. Buyer grants Seller a security interest in such service certificate and any foal, in utero or born alive, as a result of aforesaid breeding in order to secure payment of amounts due or to become due hereunder or for boarding any horse owned by Buyer.

9. This agreement shall be binding upon the parties hereto, their heirs, personal representatives and successors, and shall be construed and governed in accordance with the laws of the state of Kentucky.

10. The parties hereto further acknowledge that this contains the entire agreement of the parties and that neither of the parties hereto is relying upon any verbal assurances of whatever nature that are not contained and expressed in this Agreement. Except as specifically set forth herein, there are NO REPRESENTATIONS OR WARRANTIES AND NO IMPLIED WARRANTY AS TO THE MERCHANTABILITY OR FITNESS OF THE STALLION OR HIS SEMEN FOR ANY PURPOSE SHALL ARISE BY VIRTUE OF THIS TRANSACTION.

11. BINDING. This contract shall be Voidable at the sellers option unless postmarked within twenty (20) days from the date entered below. Facsimile signature has full force and effect of the original signature.

ADDENDUMS: None

IN TESTIMONY WHEREOF, the parties hereto have set their hands to duplicate copies of this Agreement on this date, May 04.2010

BUYER:

_____
Signature               Date

SELLER: Walmac Farm, LLC, By:

_Marcia Stiles Witt_
Signature               Date 5/5/2010

**Void After Tuesday, May 25, 2010**

PLEASE RETURN ORIGINAL, KEEPING ONE COPY.

WalREFR 3962

5/4/2010

Walmac R 10732

## WALMAC FARM -- 2010 MARE INFORMATION SHEET
### 3395 Paris Pike, Lexington, KY 40511
### Phone: (859) 299-0473   Fax: (859) 299-1259

Stallion _____ REDD'S IMAGE _____          Share No. _____

Contract Holder or Shareholder Information:

Name_____Telephone #_____Fax #_____
Address_____

Mare Owner Information (as reported to the Jockey Club):

Name___STARFISH STABLE LLC___Telephone #__(859) 229-7745__FAX__987-6060
Address_____2153 BETHLEHEM RD , PARIS KY 40361
E-Mail Address_____

Mare Information:
Mare's Name____STALLIQUE____Year Foaled_____Color___CH__
Sire's Name____TIME FOR A CHANGE____Dam's Name___STALLIQUE
                                     Dam's Sire____STALWART

Produce History:
Mare's 2010 Status:  Maiden_____  Barren_____  Not Bred_____  or
                     Foaling_____✓
                     If mare has foaled, please indicate color _B_ , sex _C_ , & date _5_/_1_/2010

Covering Stallion 2009____JUMP START____          Last Date Bred in 2009 _____

| Year Foaled | Sex (circle one) | Color | Sire of Foal |
|---|---|---|---|
| 2009 | C (F) | BAY | JUMP START |
| 2008 | C  F |  |  |
| 2007 | C (F) | BAY | JUMP START |

IMPORTED MARE for 2010 breeding season     YES_____   NO ✓
(If yes, date imported) _____           Country _____

2010 KENTUCKY BOARDING FARM:_____CEDAR POINT FARM
     Contact Name____LINDA ROBBINS, DVM
     Telephone #_____     Mobile #___229 -7745

Note: Walmac welcomes you as a boarder, please call for availability.

SIGNATURE_____          DATE____5-17-10

**Please Note: All mares presented for breeding must be vaccinated 7-90 days before breeding for the Equine Herpes Virus type-1. A veterinarian statement to this effect must accompany the mare to the breeding shed. Prior to May 1st, we will not accept foal heat mares to Successful Appeal.*

Date: 5-04-10          Contract # FC015

## SEASON REQUEST FORM

☐
Entered
In HFM

Mare: Starlique

Sire: Time For A Change

Dam: Stalique

Dam Sire: Stalwart

In Foal To: 2010 b.c. Jump Start

2009 Foal: b.F. Jump Start

Stallion: Ready's Image

Contract Price: # 5,500 PKg

Contract Terms: S+N deAL

Year Born: 1994    Color: _____

Last Date Bred: _____

2008 Foal: No report

---

☐
Entered
In HFM

Mare Owner: Dr. Linda Robbins          FAX to:

Address: Cedar Point Fm.

2153 Bethlehem Rd.

Paris, Ky 40361    email: _____

Phone: _____    Cell: 229-7743    Fax: 987-6060

---

☐
Entered
In HFM

Pay Commission: _____    Percent: _____    Dollar Amount: _____

Agent: _____

Address: _____

_____

email: _____

Phone: _____    Cell: _____    Fax: _____

---

☐ Approved By _____          ☐ Needs boarding farm contract

☐ Denied          ☐ Send Brochure

---

Special notes: _____

_____

_____

Walmac R 10734

Date: 3-31-10                                    Contract # FC021

## SEASON REQUEST FORM

Mare: Orient Pearl                    Stallion: Ready's Image

☐ Entered In HFM

Sire: Manila                          Contract Price: $4,850    2 mares

Dam: A Status Symbol                  Contract Terms: S+N       breed back

Dam Sire: Exclusive Native            Year Born: 1989   Color:   deal

In Foal To: ch. c. Unbridled Energy    Last Date Bred: foaled 3-16
2010

2009 Foal: C. Bernstein               2008 Foal: No report

---

Mare Owner: David Hager

☐ Entered In HFM

Address: 5080 Lexington Rd.                       Please fax
         Paris, Ky 40361                          or mail

                              email:

Phone: 254-9678    Cell: 621-2063    Fax: 254-9678

---

Pay Commission: _____ Percent: _____ Dollar Amount: _____

Agent: _____

☐ Entered In HFM

Address: _____
         _____

                              email: _____

Phone: _____    Cell: _____    Fax: _____

---

☐ Approved By _____              ☐ Needs boarding farm contract

☐ Denied                           ☐ Send Brochure

---

Special notes: _____

Date: _8/10/05_                                    Contract # _FC045_

## SEASON REQUEST FORM

Mare: _Best of the Sea_          Stallion: _Ready's Image_

☐
Entered
In HFM

Sire: _Lord of the Sea_          Contract Price: ~~$4,375.00~~ 4,250

Dam: _Bestsayas_                 Contract Terms: _S+N_         2

Dam Sire: _Marsayas_             Year Born: _1992_            mare
                                                             breed
In Foal To: _balan-Corinthian_   Last Date Bred: _____  back
                                                             deal
200% Foal: _Tale of the Cat_     2006 Foal: _____

Mare Owner: _David Hager_

☐
Entered
In HFM

Address: _5080 Lexington Rd_

_Paris, KY 40361_          email: _tdlehr@aol.com_

Phone: _254-9678_   Cell: _621-3013_   Fax: _254-9678_

Pay Commission: _____  Percent: _____  Dollar Amount: _____

Agent: _____

☐
Entered
In HFM

Address: _____

_____

Phone: _____  Cell: _____  Fax: _____

☐ Approved By _____          ☐ Needs boarding farm contract

☐ Denied                          ☐ Send Brochure

Call Returned: _____

Notes: _____

## 2010 Walmac Farm
## Foal Sharing Agreement Summary

*3/11*

Contract Reference #:     3070

1.  Stallion:         **Ready's Image**

2.  Mare:           **Peaceful Journey**

3.  First Party:      La Ciega LLC
                    1815 Clifton Road
                    Versailles, Kentucky  40383

*Stallion Ready's Image*
*Mare Peaceful Journey*
*Share No. F S003*
*Contract Returned/Entered:*
*Access X   M/S*
*Comment*

4.  Percentages of Foal Proceeds:      **1st Party: 70.00%      2nd Party: 30.00%**

5.  Percentages of Breeders' Awards:    **1st Party: 100.00%     2nd Party: 0.00%**

6.  Sales Prep:                      **Walmac Farm LLC**

7.  Sales Agent:                     **Four Star Sales**

8.  Sales Options:                   **Keeneland or Fasig-Tipton sale**

9.  2nd Party Expenses:              **Standard - liened and deducted from the sale proceeds**

10. Special Comments:                **None**

Prepared by:                              Approved by:

Walmac R 10948

## 2010 Walmac Farm Foal Sharing Agreement

THIS AGREEMENT is made and entered into Thursday, March 11, 2010 by and between Walmac Farm, LLC and Mare Owner with respective mailing addresses as follows:

FIRST PARTY

La Ciega LLC
1815 Clifton Road
Versailles, Kentucky 40383

SECOND PARTY:

Walmac Farm LLC
3395 Paris Pike
Lexington, KY 40511
PHONE: (859) 299-0473
FAX:     (859) 299-1259

WHEREAS, Mare owner owns the thoroughbred mare, Peaceful Journey ('the Mare') and desires to breed the mare to the stallion Ready's Image ('the Stallion') for the 2010, in order to become an owner of 70.00% of the resulting foal,

WHEREAS, Walmac Farm, LLC ('Walmac') owns a 2010 ('Season') in the stallion Ready's Image and desires to breed the Mare on the Season in order to become an owner of 30.00% of the resulting foal.

WHEREAS, both parties desire to enter into this binding contract setting forth the terms and conditions of their agreement.

NOW, THEREFORE, for and in consideration of the mutual promises and covenants of the parties, it is mutually agreed as follows:

1. Walmac agrees to furnish the Season at no cost to the Mare Owner during the breeding season for 2010 so that the Mare Owner can breed the Mare to the Stallion. Walmac warrants that it has good right and full power to furnish the Season to Mare Owner and that the Season is free of all liens, encumbrances or charges of any kind whatsoever.

2. Mare Owner agrees to breed the Mare to the Stallion during the breeding season of 2010. It is mutually understood that any live foal (the 'Foal') produced from the mating shall be owned on a 70.00%/30.00% between Mare Owner and Walmac, respectively. Each party shall be solely responsible for insuring that party's respective interest in the Foal.

3. Mare Owner agrees that the mare shall be healthy and in sound breeding condition and free of contagious diseases, and Mare Owner shall furnish a veterinary certificate to that effect dated no more than five (5) days prior to the proposed date of breeding. Mare Owner warrants that the mare is not subject to any lien, security interest, or other encumbrance or claim of any nature that could in any way affect the rights of Walmac under this Agreement, and agrees that in the event any claim is made that may affect Walmac's rights under this Agreement, that it will defend, hold harmless, and indemnify Walmac against all such claims and for alt costs (including attorneys fees) and liabilities incurred by Walmac.

4. If the Mare should die before producing a live foal, this contract shall terminate. If prior to the Mare being bred, the stallion should die or become unfit to be bred, or if Walmac Farm is completely closed downfor breeding for a period longer than two (2) consecutive weeks while the Mare is able to be bred, then this agreement thereafter shall, at the option of either party, be terminated.       *70/3o*

5. The parties shall own the Foal as tenants in common of a chattel in undivided ~~one-half (1/2) shares~~. The parties agree not to sell or transfer all or any part of their interest in the foal except as provided in paragraph 7. Each party waives that party's right to demand partition of the foal under the laws of any state.

6. All board, upkeep, veterinarian and all other expenses of the Mare shall be borne by the Mare Owner. All board, upkeep, veterinarian and other expenses of the Foal, including Breeders' Cup Nomination fee, European Breeders' Fund Nomination fee, Jockey Club Registration fee, and all costs relating to sales preparation shall be borne by the Mare Owner, except that any reasonable and customary commission due on the sale of the Foal, whether to a consignor or a sales company, shall be borne equally by the Parties.

7. The parties agree that the Foal shall be sold at public auction as a weanling or a yearling of the mare at a Keeneland or Fasig-Tipton sale unless it is otherwise mutually agreed upon in writing by both parties. Unless otherwise mutually agreed in writing, Four Star Sales shall be the consignor and the Foal will be delivered to Walmac Farm LLC for sales preparation upon weaning (if to be sold as a weanling) or in any event not less than 45 days prior to sale. Consignor shall be entitled to its usual and customary commission and preparation charges. If another consignor is used by agreement, Mare Owner shall procure a written acknowledgement from such consignor that one-half of the sales proceeds, less commissions due the sales company and the consignor, shall be remitted to Walmac. The parties further agree that all sales expenses, advertising expenses and any other necessary and related expenses, shall be borne by the Mare Owner, regardless of which consignor is used. No party may place a reserve on the Foal unless agreed to in writing by the other party. Either party may bid on the Foal whenever it shall be offered for sale, but in the event that the bid is accepted,

the party bidding shall be deemed the purchaser of the entire Foal, shall sign the ticket as purchaser and not as a buy-back, and shall be responsible for payment to the Sales Company. The proceeds due the sale company, consignor and to Walmac will be liened and deducted from the sale proceeds.

8. The Parties agree that Mare Owner and Walmac shall both be listed equally as the breeders of the Foal with the Jockey Club and that any breeder's awards concerning the Foal shall be divided equally between the parties.

9. The parties do not intend this Agreement to create, and this Agreement shall not be considered as creating a joint venture, partnership or other relationship whereby any party shall be held liable for the omissions or commissions of any other party; but, if for federal tax purposes this agreement or the relationship established hereby and the operation, hereunder, are regarded as a partnership as the term is defined in the Internal Revenue Code, then the parties hereto hereby elect not be treated as a partnership and to be excluded from the application of all the provisions of Sub-chapter K, Chapter 1, Subtitle A, of the Internal Revenue Code of 19&4. In making this election, each party acknowledges that the income derived by each party by reason of his ownership of a fractional interest in the foal can be adequately determined without the necessity for any computation of partnership taxable income, and all parties agree not to give any notices or take any other action inconsistent with the election hereby made.

10. This agreement may not be assigned by either party. This Agreement shall be binding upon the heirs, administrators, and executors of Mare Owner and the members of Walmac. Facsimile signatures shall have full force and effect of original signature. This agreement may not be altered or amended without written consent of both parties hereto, and this agreement shall be governed by the laws of the laws of the Commonwealth of Kentucky. The sole venue for any dispute arising out of this Agreement or otherwise with regard to the relationship of the parties shall be the Courts of Fayette County, Kentucky, and the parties submit to the jurisdiction of such Courts and waive right to trial by jury.

ADDENDUMS: None

IN TESTIMONY WHEREOF, witness the signatures of the parties hereto.

_____    _____
Date                                MARE OWNER

_____    _____
Date                                Walmac Farm, LLC

**Void After Wednesday, March 31, 2010**
PLEASE RETURN ORIGINAL, KEEPING ONE COPY.

Date 3/11/2010

Date: 3-10-10                    Contract # F 5 003

## SEASON REQUEST FORM

Mare: _Peaceful Journey_        Stallion: _Ready's Image_

☐ Entered In HFM

Sire: _Behrens_                 Contract Price: _Foal Share_
Dam: _Joyous Chaos_             Contract Terms: _70/130_   Guy's Favor
Dam Sire: _Storm Cat_           Year Born: _2004_   Color: _Ch_
In Foal To: _C. Salute the Sarge_   Last Date Bred: _____
20   Foal: _Maiden_             20   Foal: _____

Mare Owner: _Guy Mogge_

☐ Entered In HFM

Address: _____
_____
_____ email: _____
Phone: _____ Cell: _____ Fax: _____

Pay Commission: _____ Percent: _____ Dollar Amount: _____

Agent: _____

☐ Entered In HFM

Address: _____
_____
_____ email: _____
Phone: _____ Cell: _____ Fax: _____

☐ Approved By _____        ☐ Needs boarding farm contract

☐ Denied                              ☐ Send Brochure

Special notes: _Mare boards @ Springland_ _____
_____
_____

Walmac R 10951

## STALLION SERVICE AGREEMENT

THIS AGREEMENT made and entered into by and between the Seller and Buyer with respective mailing addresses as follows:

**BUYER:**

Hardeman, LLC - Attn: Connie
3395 Paris Pike
Lexington, Kentucky 40511

*(handwritten form box)*
Stallion *Ready's Image*
Mare *Dream Gable*
Share No. _____ ___#___
Contract Returned/Entered:
___✓___ Access _✓_ X _✓_ M/S
Comment _____

**Seller:**

Walmac Farm, LLC
3395 Paris Pike
Lexington, KY 40511
PHONE: (859) 299-0473
FAX:      (859) 299-1259

1. Seller is the owner of and agrees to sell to Buyer a nomination for the 2010 breeding season to the
   Thoroughbred Stallion, _____Ready's Image._____

2. Buyer agrees to breed _____Dream Gable,_____ by _____Winthrop,_____ out of _____Cresent Dreams,_____
   a Thoroughbred mare to the stallion during the breeding season. The Purchaser agrees to present the Mare for breeding to the Stallion during the breeding season on as many heat periods as may be necessary for the Mare to become pregnant. If the Mare dies or becomes unfit or unable to be bred, Purchaser shall notify the Seller in writing and provide a copy of a certificate from the attending veterinarian within ten days. Purchaser agrees not to breed mare to any other stallion during the breeding season.

3. Buyer hereby agrees to pay Seller as follows for the aforesaid nomination:
   a. The sum of U.S. $ _____3,180.00_____ on a Stand And Nurse basis, payable when the foal stands and nurses.
   Unless otherwise noted below, all payments on a Live-Foal basis are refundable if the mare bred does not produce as a result of the aforesaid breeding a single live foal that is able to stand and nurse in the year following breeding, provided that the Buyer furnishes Seller with a satisfactory veterinary certificate to that effect within 60 days of the date and said mare foals, dies, aborts or is determined to not be in foal. Buyer agrees to pay 1.5% per month interest charges on any delinquent fees required herein. Any amount payable on a Live-Foal basis which is more than 30 days delinquent shall thereafter be payable on a No-Guarantee basis. All payments on a No-Guarantee basis are not refundable in any case except as specifically herein provided. Payments and refunds must be made directly to principals named in this contract.

4. Buyer agrees that said mare shall be healthy and in sound breeding condition, this fact to be certified by a qualified veterinarian before the mare is bred. It is further agreed that the Syndicate Manager of said stallion reserves the right to refuse to permit the breeding of any mare to said stallion. It is further agreed that neither party shall be liable or responsible to either party for any disease, accident or injury to said mare or said stallion.

5. This contract shall not be assigned or transferred by Buyer. Further, if the Mare, or any interest therein, is sold, transported to a public sale (regardless of whether a sale is completed) or exported from the United States (with the exception of Canada), the Total Fee, if unpaid, shall immediately become due and payable and NO REFUND of said Total Fee shall be due from Walmac Farm LLC to the Purchaser, or to any subsequent purchaser, under any circumstances.

6. In the event said stallion should die, be sold, or become unfit for service before servicing said mare, any payment received on a live-foal basis shall be refunded to Buyer. Further, should said mare die or become unfit to breed, any payments made by Buyer other than on a No-Guarantee basis shall be refunded.

7. In the event this contract is executed by an agent on behalf of Buyer, the undersigned agent warrants full disclosure to Buyer of the terms of this contract and any commission paid by Seller to agent in connection with this contract. Such agent hereby unconditionally guarantees the full and prompt payment of the Total Fee as well as the full and prompt performance by the Purchaser of any and all other obligations hereunder.

8. It is agreed that payment in full is a condition of delivery of the service certificate by the Seller. Buyer grants Seller a security interest in such service certificate and any foal, in utero or born alive, as a result of aforesaid breeding in order to secure payment of amounts due or to become due hereunder or for boarding any horse owned by Buyer.

9. This agreement shall be binding upon the parties hereto, their heirs, personal representatives and successors, and shall be construed and governed in accordance with the laws of the state of Kentucky.

10. The parties hereto further acknowledge that this contains the entire agreement of the parties and that neither of the parties hereto is relying upon any verbal assurances of whatever nature that are not contained and expressed in this Agreement. Except as specifically set forth herein, there are NO REPRESENTATIONS OR WARRANTIES AND NO IMPLIED WARRANTY AS TO THE MERCHANTABILITY OR FITNESS OF THE STALLION OR HIS SEMEN FOR ANY PURPOSE SHALL ARISE BY VIRTUE OF THIS TRANSACTION.

11. BINDING. This contract shall be Voidable at the sellers option unless postmarked within twenty (20) days from the date entered below. Facsimile signature has full force and effect of the original signature.

ADDENDUMS:   None

IN TESTIMONY WHEREOF, the parties hereto have set their hands to duplicate copies of this Agreement on this date, February 12, 2010

BUYER:

_(signature)_  3-2-10
Signature          Date

SELLER: Walmac Farm, LLC, By:

_Marcia Shiles Witt_  Date 2/12/2010
Signature          Date

**Void After Thursday, March 04, 2010**
PLEASE RETURN ORIGINAL, KEEPING ONE COPY.

REF. 2981
Walmac R 10977

Date: 2-11-10

Contract # FC 036

## SEASON REQUEST FORM

Mare: Dream Gable

Stallion: Ready's Image

☐ Entered In HFM

Sire: Winthrop

Dam: Crescent Dreams

Dam Sire: Afleet

In Foal To: Barren

20   Foal: _____

Contract Price: # 3,000

Contract Terms: S+N

Year Born: 2003   Color: Ch

Last Date Bred: _____

20   Foal: _____

Mare Owner: Hardiman

☐ Entered In HFM

Address: _____

_____

_____ email: _____

Phone: _____ Cell: _____ Fax: _____

Pay Commission: _____ Percent: _____ Dollar Amount: _____

Agent: _____

☐ Entered In HFM

Address: _____

_____

_____ email: _____

Phone: _____ Cell: _____ Fax: _____

☐ Approved By _J TII_

☐ Denied

☐ Needs boarding farm contract

☐ Send Brochure

Special notes: _____

_____

_____

Walmac R 10978

This Agreement dated February 1, 2010 by and between Walmac Stud Management, LLC. (hereafter "Walmac") and Hardeman, LLC. (hereafter "Hardeman") (collectively the "Parties") relative to the thoroughbred mares: DREAM GABLE, SILCA KEY SERVICE (GB), CASERO, WILD RUFFLES (AUS), GET LOST, and PASSIONATE DANCER (hereafter collectively the "Mares"), the Parties agree as follows:

Whereas, Hardeman owns the Mares and desires to sell a 50% interest in the Mares (hereinafter the "Purchased Interest") and Walmac desires to buy the Purchased Interest the Parties agree that:

1) Walmac shall pay Hardeman $3,000 USD payable January 1, 2011 for each mare that is in foal as of that date.

2) The Purchased Interest shall entitle Walmac to the First $4,000 USD of gross proceeds received from the sale of the production of each mare.

3) Walmac shall not be liable for any expenses related to the Purchased Interest.

4) All proceeds for future sale of the production from a Mare or the Mares shall be to the account of Hardeman, LLC.

Agreed by the Parties:
Hardeman, LLC.                                    Walmac Stud Managmenet, LLC.

## Marcia Skiles

| | |
|---|---|
| **From:** | "scveticanin" <scveticanin@walmac.com> |
| **To:** | "Tamara Evans" <tevans@walmac.com> |
| **Cc:** | "Johnny Jones, III" <jtljones@aol.com>; "Marcia Skiles-Witt" <mskiles@walmac.com> |
| **Sent:** | Friday, May 14, 2010 10:36 AM |
| **Subject:** | Fw: Golden Surprise foaling notice |

JHI says Golden Surprise will be bred to Ready's Image 2010, contract holder " Walmac".
----- Original Message -----
**From:** scveticanin
**To:** Johnny Jones, III
**Cc:** Marcia Skiles-Witt ; Tamara Evans
**Sent:** Thursday, May 13, 2010 6:40 AM
**Subject:** Fw: Golden Surprise foaling notice

Let *ME* know to whom she will go please.
Thank you.
Sheri
----- Original Message -----
**From:** David Strack
**To:** scveticanin
**Sent:** Thursday, May 13, 2010 6:18 AM
**Subject:** Re: Golden Surprise foaling notice

Thanks for the note. **It is JTL's decision as far as this year's mating......**

DS

On Mon, Apr 26, 2010 at 2:30 PM, scveticanin <scveticanin@walmac.com> wrote:
  Golden Surprise produced a bay colt by Ready's Image on 4/26/10 at 11:20pm.
  The foal was up at 12:20am and nursed at 1:35am. Walmac will submit the Live Foal report to The
  Jockey Club in the name of David Strack. David will forward pictures on to you when completed. We
  have no stallion slated for Golden Surprise for 2010, please advise. Manuel says the foal is nice.
  Kind regards,
  Sheri Cveticanin
  Farm Secretary
  Walmac Farm LLC
  859/514-4916 Direct Line

--
Follow me on Twitter:

www.twitter.com/davidstrack

www.twitter.com/trendlines

"People have opinions. Horses have the facts."
 --- D. Wayne Lukas

## STALLION SERVICE AGREEMENT

THIS AGREEMENT made and entered into by and between the Seller and Buyer with respective mailing addresses as follows:

**BUYER:**

Hardeman, LLC - Attn: Connie
3395 Paris Pike
Lexington, Kentucky 40511

Stallion _Ready's Image_
Mare _Silca Key Service_
Share No. _____
Contract Returned/Entered: _____
_____ Access _√_ X _√_ M/S

**Seller:**

Walmac Farm, LLC
3395 Paris Pike
Lexington, KY 40511
PHONE: (859) 299-0473
FAX:    (859) 299-1259

1. Seller is the owner of and agrees to sell to Buyer a nomination for the 2010 breeding season to the Thoroughbred Stallion,    **Ready's Image.**

2. Buyer agrees to breed    **Silca Key Service (GB),** by    **Bering (GB),**   out of    **Aquaglow,**
a Thoroughbred mare to the stallion during the breeding season. The Purchaser agrees to present the Mare for breeding to the Stallion during the breeding season on as many heat periods as may be necessary for the Mare to become pregnant. If the Mare dies or becomes unfit or unable to be bred, Purchaser shall notify the Seller in writing and provide a copy of a certificate from the attending veterinarian within ten days. Purchaser agrees not to breed mare to any other stallion during the breeding season.

3. Buyer hereby agrees to pay Seller as follows for the aforesaid nomination:
a. The sum of U.S. $    **3,180.00**   on a Stand And Nurse basis, payable when the foal stands and nurses.
Unless otherwise noted below, all payments on a Live-Foal basis are refundable if the mare bred does not produce as a result of the aforesaid breeding a single live foal that is able to stand and nurse in the year following breeding, provided that the Buyer furnishes Seller with a satisfactory veterinary certificate to that effect within 60 days of the date and said mare foals, dies, aborts or is determined to not be in foal. Buyer agrees to pay 1.5% per month interest charges on any delinquent fees required herein. Any amount payable on a Live-Foal basis which is more than 30 days delinquent shall thereafter be payable on a No-Guarantee basis. All payments on a No-Guarantee basis are not refundable in any case except as specifically herein provided. Payments and refunds must be made directly to principals named in this contract.

4. Buyer agrees that said mare shall be healthy and in sound breeding condition, this fact to be certified by a qualified veterinarian before the mare is bred. It is further agreed that the Syndicate Manager of said stallion reserves the right to refuse to permit the breeding of any mare to said stallion. It is further agreed that neither party shall be liable or responsible to either party for any disease, accident or injury to said mare or said stallion.

5. This contract shall not be assigned or transferred by Buyer. Further, if the Mare, or any interest therein, is sold, transported to a public sale (regardless of whether a sale is completed) or exported from the United States (with the exception of Canada), the Total Fee, if unpaid, shall immediately become due and payable and NO REFUND of said Total Fee shall be due from Walmac Farm LLC to the Purchaser, or to any subsequent purchaser, under any circumstances.

6. In the event said stallion should die, be sold, or become unfit for service before servicing said mare, any payment received on a live-foal basis shall be refunded to Buyer. Further, should said mare die or become unfit to breed, any payments made by Buyer other than on a No-Guarantee basis shall be refunded.

7. In the event this contract is executed by an agent on behalf of Buyer, the undersigned agent warrants full disclosure to Buyer of the terms of this contract and any commission paid by Seller to agent in connection with this contract. Such agent hereby unconditionally guarantees the full and prompt payment of the Total Fee as well as the full and prompt performance by the Purchaser of any and all other obligations hereunder.

8. It is agreed that payment in full is a condition of delivery of the service certificate by the Seller. Buyer grants Seller a security interest in such service certificate and any foal, in utero or born alive, as a result of aforesaid breeding in order to secure payment of amounts due or to become due hereunder or for boarding any horse owned by Buyer.

9. This agreement shall be binding upon the parties hereto, their heirs, personal representatives and successors, and shall be construed and governed in accordance with the laws of the state of Kentucky.

10. The parties hereto further acknowledge that this contains the entire agreement of the parties and that neither of the parties hereto is relying upon any verbal assurances of whatever nature that are not contained and expressed in this Agreement. Except as specifically set forth herein, there are NO REPRESENTATIONS OR WARRANTIES AND NO IMPLIED WARRANTY AS TO THE MERCHANTABILITY OR FITNESS OF THE STALLION OR HIS SEMEN FOR ANY PURPOSE SHALL ARISE BY VIRTUE OF THIS TRANSACTION.

11. BINDING. This contract shall be Voidable at the sellers option unless postmarked within twenty (20) days from the date entered below. Facsimile signature has full force and effect of the original signature.

ADDENDUMS:    None

IN TESTIMONY WHEREOF, the parties hereto have set their hands to duplicate copies of this Agreement on this date, February 12,2010

**BUYER:**

Signature _____    Date  3-2-10

**SELLER: Walmac Farm, LLC, By:**

Signature _Marcia Shiles Witt_    Date 2/12/2010

Void After Thursday, March 04, 2010

PLEASE RETURN ORIGINAL, KEEPING ONE COPY.

REF. 2979
Walmac R 10984

Date: 3-11-10

Contract # FC 037

# SEASON REQUEST FORM

Mare: Silca Key Service (GB)   Stallion: Ready's Image

☐ Entered In HFM

Sire: Bering (GB)

Dam: Aguagloru

Dam Sire: Caerleon

In Foal To: Barren

20   Foal: _____

Contract Price: #3,000

Contract Terms: S+N

Year Born: 1995   Color: Bay

Last Date Bred: _____

20   Foal: _____

---

☐ Entered In HFM

Mare Owner: _____

Address: _____

_____

email: _____

Phone: _____   Cell: _____   Fax: _____

---

☐ Entered In HFM

Pay Commission: _____   Percent: _____   Dollar Amount: _____

Agent: _____

Address: _____

_____

email: _____

Phone: _____   Cell: _____   Fax: _____

---

☑ Approved By   J TH

☐ Denied

☐ Needs boarding farm contract

☐ Send Brochure

---

Special notes: _____

_____

_____

Walmac R 10985

## STALLION SERVICE AGREEMENT

THIS AGREEMENT made and entered into by and between the Seller and Buyer with respective mailing addresses as follows:

BUYER:

Hardeman, LLC - Attn: Connie
3395 Paris Pike
Lexington, Kentucky 40511

Stallion _Ready's Image_
Mare _Casero_
Share No. _14_
Contract Returned/Entered:
_____ Access ___✓__ X _✓__ M/S

Seller:

Walmac Farm, LLC
3395 Paris Pike
Lexington, KY 40511
PHONE: (859) 299-0473
FAX:   (859) 299-1259

1. Seller is the owner of and agrees to sell to Buyer a nomination for the 2010 breeding season to the Thoroughbred Stallion, ___Ready's Image.___

2. Buyer agrees to breed ___Casero,___ by ___Came Home,___ out of ___Sky Ninski,___ a Thoroughbred mare to the stallion during the breeding season. The Purchaser agrees to present the Mare for breeding to the Stallion during the breeding season on as many heat periods as may be necessary for the Mare to become pregnant. If the Mare dies or becomes unfit or unable to be bred, Purchaser shall notify the Seller in writing and provide a copy of a certificate from the attending veterinarian within ten days. Purchaser agrees not to breed mare to any other stallion during the breeding season.

3. Buyer hereby agrees to pay Seller as follows for the aforesaid nomination:

   a. The sum of U.S. $ ___3,180.00___ on a Stand And Nurse basis, payable when the foal stands and nurses.
   Unless otherwise noted below, all payments on a Live-Foal basis are refundable if the mare bred does not produce as a result of the aforesaid breeding a single live foal that is able to stand and nurse in the year following breeding, provided that the Buyer furnishes Seller with a satisfactory veterinary certificate to that effect within 60 days of the date and said mare foals, dies, aborts or is determined to not be in foal. Buyer agrees to pay 1.5% per month interest charges on any delinquent fees required herein. Any amount payable on a Live-Foal basis which is more than 30 days delinquent shall thereafter be payable on a No-Guarantee basis. All payments on a No-Guarantee basis are not refundable in any case except as specifically herein provided. Payments and refunds must be made directly to principals named in this contract.

4. Buyer agrees that said mare shall be healthy and in sound breeding condition, this fact to be certified by a qualified veterinarian before the mare is bred. It is further agreed that the Syndicate Manager of said stallion reserves the right to refuse to permit the breeding of any mare to said stallion. It is further agreed that neither party shall be liable or responsible to either party for any disease, accident or injury to said mare or said stallion.

5. This contract shall not be assigned or transferred by Buyer. Further, if the Mare, or any interest therein, is sold, transported to a public sale (regardless of whether a sale is completed) or exported from the United States (with the exception of Canada), the Total Fee, if unpaid, shall immediately become due and payable and NO REFUND of said Total Fee shall be due from Walmac Farm LLC to the Purchaser, or to any subsequent purchaser, under any circumstances.

6. In the event said stallion should die, be sold, or become unfit for service before servicing said mare, any payment received on a live-foal basis shall be refunded to Buyer. Further, should said mare die or become unfit to breed, any payments made by Buyer other than on a No-Guarantee basis shall be refunded.

7. In the event this contract is executed by an agent on behalf of Buyer, the undersigned agent warrants full disclosure to Buyer of the terms of this contract and any commission paid by Seller to agent in connection with this contract. Such agent hereby unconditionally guarantees the full and prompt payment of the Total Fee as well as the full and prompt performance by the Purchaser of any and all other obligations hereunder.

8. It is agreed that payment in full is a condition of delivery of the service certificate by the Seller. Buyer grants Seller a security interest in such service certificate and any foal, in utero or born alive, as a result of aforesaid breeding in order to secure payment of amounts due or to become due hereunder or for boarding any horse owned by Buyer.

9. This agreement shall be binding upon the parties hereto, their heirs, personal representatives and successors, and shall be construed and governed in accordance with the laws of the state of Kentucky.

10. The parties hereto further acknowledge that this contains the entire agreement of the parties and that neither of the parties hereto is relying upon any verbal assurances of whatever nature that are not contained and expressed in this Agreement. Except as specifically set forth herein, there are NO REPRESENTATIONS OR WARRANTIES AND NO IMPLIED WARRANTY AS TO THE MERCHANTABILITY OR FITNESS OF THE STALLION OR HIS SEMEN FOR ANY PURPOSE SHALL ARISE BY VIRTUE OF THIS TRANSACTION.

11. BINDING. This contract shall be Voidable at the sellers option unless postmarked within twenty (20) days from the date entered below. Facsimile signature has full force and effect of the original signature.

ADDENDUMS:   None

IN TESTIMONY WHEREOF, the parties hereto have set their hands to duplicate copies of this Agreement on this date, February 12,2010

BUYER:

_Signature_   3-2-10   Date

SELLER: Walmac Farm, LLC, By:

_Marcia Skiles Witt_   Date 2/12/2010

Void After Thursday, March 04, 2010
PLEASE RETURN ORIGINAL, KEEPING ONE COPY.

Date: 2-11-10

Contract # FC 038

## SEASON REQUEST FORM

☐
Entered
In HFM

Mare: Casero

Sire: Came Home

Dam: Sky Deniski

Dam Sire: Nizinsky II

In Foal To: Miguel Cervantes ?

20   Foal: _____

Stallion: Ready's Image

Contract Price: #3,000

Contract Terms: St N

Year Born: 2005   Color: Ch.

Last Date Bred: _____

20   Foal: _____

---

☐
Entered
In HFM

Mare Owner: Hardeman

Address: _____

_____

_____   email: _____

Phone: _____   Cell: _____   Fax: _____

---

☐
Entered
In HFM

Pay Commission: _____   Percent: _____   Dollar Amount: _____

Agent: _____

Address: _____

_____

_____   email: _____

Phone: _____   Cell: _____   Fax: _____

---

☐ Approved By _____ G TH

☐ Denied

☐ Needs boarding farm contract

☐ Send Brochure

---

Special notes: _____

_____

_____

Page 1 of 1

*R I*
*WSM 015*

## Tamara

| | |
|---|---|
| **From:** | <jtljones@aol.com> |
| **To:** | "Tamara" <TEvans@walmac.com> |
| **Sent:** | Friday, February 12, 2010 1:30 PM |
| **Subject:** | Re: Speedy Gladys Jam mating |

Yes, do not need a contract. Going to readys image. Assign to wsm season

Sent via BlackBerry from T-Mobile

**From:** "Tamara" <TEvans@walmac.com>
**Date:** Fri, 12 Feb 2010 11:53:02 -0500
**To:** Jones, III John T. L.<jtljones@aol.com>
**Subject:** Fw: Speedy Gladys Jam mating

Do you want this mare assigned to a WSM season, or do you want a regular contract?

----- Original Message -----
**From:** Sheri Cveticanin
**To:** Tamara Evans
**Cc:** Johnny Jones, III ; Peter Taaffe ; Marcia Skiles-Witt
**Sent:** Friday, February 12, 2010 11:40 AM
**Subject:** Speedy Gladys Jam mating

FYI - Tamara I have Speedy Gladys Jam going to Ready's Image this season.
Kind Regards,
Sheri Cveticanin
Farm Secretary

Walmac R 10992

2/12/2010

## STALLION SERVICE AGREEMENT

THIS AGREEMENT made and entered into by and between the Seller and Buyer with respective mailing addresses as follows:

BUYER:

Hardeman, LLC - Attn: Connie
3395 Paris Pike
Lexington, Kentucky 40511

Stallion _Ready's Image_
Mare _Wild Ruffles_
Share No. _16_
Contract Returned/Entered:
___ Access _✓_ X _✓_ M/B
Comment ___

Seller:

Walmac Farm, LLC
3395 Paris Pike
Lexington, KY 40511
PHONE: (859) 299-0473
FAX:    (859) 299-1259

1. Seller is the owner of and agrees to sell to Buyer a nomination for the 2010 breeding season to the Thoroughbred Stallion,     Ready's Image.

2. Buyer agrees to breed     Wild Ruffles (AUS),    by     Spinning World,    out of     Hilda Hippo,
a Thoroughbred mare to the stallion during the breeding season. The Purchaser agrees to present the Mare for breeding to the Stallion during the breeding season on as many heat periods as may be necessary for the Mare to become pregnant. If the Mare dies or becomes unfit or unable to be bred, Purchaser shall notify the Seller in writing and provide a copy of a certificate from the attending veterinarian within ten days. Purchaser agrees not to breed mare to any other stallion during the breeding season.

3. Buyer hereby agrees to pay Seller as follows for the aforesaid nomination:
    a. The sum of U.S. $     3,180.00     on a Stand And Nurse basis, payable when the foal stands and nurses.
    Unless otherwise noted below, all payments on a Live-Foal basis are refundable if the mare bred does not produce as a result of the aforesaid breeding a single live foal that is able to stand and nurse in the year following breeding, provided that the Buyer furnishes Seller with a satisfactory veterinary certificate to that effect within 60 days of the date and said mare foals, dies, aborts or is determined to not be in foal. Buyer agrees to pay 1.5% per month interest charges on any delinquent fees required herein. Any amount payable on a Live-Foal basis which is more than 30 days delinquent shall thereafter be payable on a No-Guarantee basis. All payments on a No-Guarantee basis are not refundable in any case except as specifically herein provided. Payments and refunds must be made directly to principals named in this contract.

4. Buyer agrees that said mare shall be healthy and in sound breeding condition, this fact to be certified by a qualified veterinarian before the mare is bred. It is further agreed that the Syndicate Manager of said stallion reserves the right to refuse to permit the breeding of any mare to said stallion. It is further agreed that neither party shall be liable or responsible to either party for any disease, accident or injury to said mare or said stallion.

5. This contract shall not be assigned or transferred by Buyer. Further, if the Mare, or any interest therein, is sold, transported to a public sale (regardless of whether a sale is completed) or exported from the United States (with the exception of Canada), the Total Fee, if unpaid, shall immediately become due and payable and NO REFUND of said Total Fee shall be due from Walmac Farm LLC to the Purchaser, or to any subsequent purchaser, under any circumstances.

6. In the event said stallion should die, be sold, or become unfit for service before servicing said mare, any payment received on a live-foal basis shall be refunded to Buyer. Further, should said mare die or become unfit to breed, any payments made by Buyer other than on a No-Guarantee basis shall be refunded.

7. In the event this contract is executed by an agent on behalf of Buyer, the undersigned agent warrants full disclosure to Buyer of the terms of this contract and any commission paid by Seller to agent in connection with this contract. Such agent hereby unconditionally guarantees the full and prompt payment of the Total Fee as well as the full and prompt performance by the Purchaser of any and all other obligations hereunder.

8. It is agreed that payment in full is a condition of delivery of the service certificate by the Seller. Buyer grants Seller a security interest in such service certificate and any foal, in utero or born alive, as a result of aforesaid breeding in order to secure payment of amounts due or to become due hereunder or for boarding any horse owned by Buyer.

9. This agreement shall be binding upon the parties hereto, their heirs, personal representatives and successors, and shall be construed and governed in accordance with the laws of the state of Kentucky.

10. The parties hereto further acknowledge that this contains the entire agreement of the parties and that neither of the parties hereto is relying upon any verbal assurances of whatever nature that are not contained and expressed in this Agreement. Except as specifically set forth herein, there are NO REPRESENTATIONS OR WARRANTIES AND NO IMPLIED WARRANTY AS TO THE MERCHANTABILITY OR FITNESS OF THE STALLION OR HIS SEMEN FOR ANY PURPOSE SHALL ARISE BY VIRTUE OF THIS TRANSACTION.

11. BINDING. This contract shall be Voidable at the sellers option unless postmarked within twenty (20) days from the date entered below. Facsimile signature has full force and effect of the original signature.

ADDENDUMS:    None

IN TESTIMONY WHEREOF, the parties hereto have set their hands to duplicate copies of this Agreement on this date, February 12,2010

BUYER:

_____   3-2-10
Signature                Date

SELLER: Walmac Farm, LLC, By:

_Marcia Shiles Witt_
Signature                Date 2/12/2010

**Void After Thursday, March 04, 2010**

PLEASE RETURN ORIGINAL, KEEPING ONE COPY.

Walmac REF 10997

Date: 2-11-10                                             Contract # FC-040

# SEASON REQUEST FORM

Mare: Wild Ruffles (AUS)          Stallion: Brady's Image

☐ Entered In HFM

Sire: Spinning World              Contract Price: $3,100

Dam: Hilda Hippo                  Contract Terms: S+N

Dam Sire: Great Above             Year Born: 2000   Color: dkbbr

In Foal To: _____       Last Date Bred: _____

20   Foal: _____        20   Foal: _____

---

☐ Entered In HFM

Mare Owner: Hardeman

Address: _____

_____

_____ email: _____

Phone: _____   Cell: _____   Fax: _____

---

☐ Entered In HFM

Pay Commission: _____   Percent: _____   Dollar Amount: _____

Agent: _____

Address: _____

_____

_____ email: _____

Phone: _____   Cell: _____   Fax: _____

---

☑ Approved By _____        ☐ Needs boarding farm contract

☐ Denied                             ☐ Send Brochure

---

Special notes: _____

_____

_____

Walmac R 10997

## STALLION SERVICE AGREEMENT

THIS AGREEMENT made and entered into by and between the Seller and Buyer with respective mailing addresses as follows:

**BUYER:**

Hardeman, LLC - Attn: Connie
3395 Paris Pike
Lexington, Kentucky 40511

Stallion *Ready's Image* **Seller:**
Mare *Passionate Dancer* Walmac Farm, LLC
Share No. _18_ 3395 Paris Pike
Contract Returned/Entered: Lexington, KY 40511
_✓_ Access _✓_ X _L/M/S_ PHONE: (859) 299-0473
Comment _____ FAX:  (859) 299-1259

1. Seller is the owner of and agrees to sell to Buyer a nomination for the 2010 breeding season to the Thoroughbred Stallion,  **Ready's Image.**

2. Buyer agrees to breed  **Passionate Dancer,**  by  **Cat Thief,**  out of  **Erie Dearie,**

   a Thoroughbred mare to the stallion during the breeding season. The Purchaser agrees to present the Mare for breeding to the Stallion during the breeding season on as many heat periods as may be necessary for the Mare to become pregnant. If the Mare dies or becomes unfit or unable to be bred, Purchaser shall notify the Seller in writing and provide a copy of a certificate from the attending veterinarian within ten days. Purchaser agrees not to breed said mare to any other stallion during the breeding season.

3. Buyer hereby agrees to pay Seller as follows for the aforesaid nomination:

   a. The sum of  U.S. $  **3,180.00**  on a Stand And Nurse basis, payable when the foal stands and nurses.

   Unless otherwise noted below, all payments on a Live-Foal basis are refundable if the mare bred does not produce as a result of the aforesaid breeding a single live foal that is able to stand and nurse in the year following breeding, provided that the Buyer furnishes Seller with a satisfactory veterinary certificate to that effect within 60 days of the date and said mare foals, dies, aborts or is determined to not be in foal. Buyer agrees to pay 1.5% per month interest charges on any delinquent fees required herein. Any amount payable on a Live-Foal basis which is more than 30 days delinquent shall thereafter be payable on a No-Guarantee basis. All payments on a No-Guarantee basis are not refundable in any case except as specifically herein provided. Payments and refunds must be made directly to principals named in this contract.

4. Buyer agrees that said mare shall be healthy and in sound breeding condition, this fact to be certified by a qualified veterinarian before the mare is bred. It is further agreed that the Syndicate Manager of said stallion reserves the right to refuse to permit the breeding of any mare to said stallion. It is further agreed that neither party shall be liable or responsible to either party for any disease, accident or injury to said mare or said stallion.

5. This contract shall not be assigned or transferred by Buyer. Further, if the Mare, or any interest therein, is sold, transported to a public sale (regardless of whether a sale is completed) or exported from the United States (with the exception of Canada), the Total Fee, if unpaid, shall immediately become due and payable and NO REFUND of said Total Fee shall be due from Walmac Farm LLC to the Purchaser, or to any subsequent purchaser, under any circumstances.

6. In the event said stallion should die, be sold, or become unfit for service before servicing said mare, any payment received on a live-foal basis shall be refunded to Buyer. Further, should said mare die or become unfit to breed, any payments made by Buyer other than on a No-Guarantee basis shall be refunded.

7. In the event this contract is executed by an agent on behalf of Buyer, the undersigned agent warrants full disclosure to Buyer of the terms of this contract and any commission paid by Seller to agent in connection with this contract. Such agent hereby unconditionally guarantees the full and prompt payment of the Total Fee as well as the full and prompt performance by the Purchaser of any and all other obligations hereunder.

8. It is agreed that payment in full is a condition of delivery of the service certificate by the Seller. Buyer grants Seller a security interest in such service certificate and any foal, in utero or born alive, as a result of aforesaid breeding in order to secure payment of amounts due or to become due hereunder or for boarding any horse owned by Buyer.

9. This agreement shall be binding upon the parties hereto, their heirs, personal representatives and successors, and shall be construed and governed in accordance with the laws of the state of Kentucky.

10. The parties hereto further acknowledge that this contains the entire agreement of the parties and that neither of the parties hereto is relying upon any verbal assurances of whatever nature that are not contained and expressed in this Agreement. Except as specifically set forth herein, there are NO REPRESENTATIONS OR WARRANTIES AND NO IMPLIED WARRANTY AS TO THE MERCHANTABILITY OR FITNESS OF THE STALLION OR HIS SEMEN FOR ANY PURPOSE SHALL ARISE BY VIRTUE OF THIS TRANSACTION.

11. BINDING. This contract shall be Voidable at the sellers option unless postmarked within twenty (20) days from the date entered below. Facsimile signature has full force and effect of the original signature.

ADDENDUMS:  None

IN TESTIMONY WHEREOF, the parties hereto have set their hands to duplicate copies of this Agreement on this date, February 12,2010

**BUYER:**

_Signature_  _3-2-10_
Signature                     Date

**SELLER: Walmac Farm, LLC, By:**

_Marcia Shiles Nott_
Signature                     Date 2/12/2010

**Void After Thursday, March 04, 2010**
PLEASE RETURN ORIGINAL, KEEPING ONE COPY.

REF.  2982
Walmac R 11002

Date: 2-12-10

Contract # 019
FC 14

## SEASON REQUEST FORM

☐ Entered In HFM

Mare: Passionate Dancer

Sire: Cat Thief

Dam: Erie Pearle

Dam Sire: Kris S.

In Foal To: _____

20    Foal: _____

Stallion: Ready's Image

Contract Price: #3,000

Contract Terms: S+N

Year Born: 2002    Color: Bay

Last Date Bred: _____

20    Foal: _____

☐ Entered In HFM

Mare Owner: Hardeman

Address: _____

_____

_____  email: _____

Phone: _____  Cell: _____  Fax: _____

☐ Entered In HFM

Pay Commission: _____  Percent: _____  Dollar Amount: _____

Agent: _____

Address: _____

_____

_____  email: _____

Phone: _____  Cell: _____  Fax: _____

☑ Approved By  J III

☐ Denied

☐ Needs boarding farm contract

☐ Send Brochure

Special notes: _____

_____

_____

Walmac R 11003

*Bred on Share 18*

This Agreement dated February 1, 2010 by and between Walmac Stud Management, LLC. (hereafter "Walmac") and Hardeman, LLC. (hereafter "Hardeman") (collectively the "Parties") relative to the thoroughbred mares: DREAM GABLE, SILCA KEY SERVICE (GB), CASERO, WILD RUFFLES (AUS), GET LOST, and PASSIONATE DANCER (hereafter collectively the "Mares"), the Parties agree as follows:

Whereas, Hardeman owns the Mares and desires to sell a 50% interest in the Mares (hereinafter the "Purchased Interest") and Walmac desires to buy the Purchased Interest the Parties agree that:

1) Walmac shall pay Hardeman $3,000 USD payable January 1, 2011 for each mare that is in foal as of that date.

2) The Purchased Interest shall entitle Walmac to the First $4,000 USD of gross proceeds received from the sale of the production of each mare.

3) Walmac shall not be liable for any expenses related to the Purchased Interest.

4) All proceeds for future sale of the production from a Mare or the Mares shall be to the account of Hardeman, LLC.

Agreed by the Parties:
Hardeman, LLC.

Walmac Stud Managmenet, LLC.

R. I.
Shire 2-0

Tamara

From:      "Sheri Cveticanin" <scveticanin@walmac.com>
To:        "Tamara Evans" <tevans@walmac.com>
Cc:        "Marcia Skiles-Witt" <mskiles@walmac.com>; "Johnny Jones, III" <jtljones@aol.com>: "Peter
           Taaffe" <ptaaffe@walmac.com>
Sent:      Tuesday, February 16, 2010 10:32 AM
Subject:   Fw: Cloud Of Unknowing, How Far Is Heaven, Ingot's Dance Away

From: "Bob Trussell" <rbt@rbtinvestments.com>
To: <scveticanin@walmac.com>
Sent: Thursday, February 11, 2010 1:01 PM
Subject: Re: Cloud Of Unknowing, How Far Is Heaven, Ingot's Dance Away

Cloud of Unknowing # 20

> Cloud goes to Ready's Image on freebie deal. Tell Johnny.
> Ingot goes to Birdstone.
> Heaven to Successful Appeal. I signed contract I b elieve.
>
>
> From: Sheri Cveticanin <scveticanin@walmac.com>
> To: Bob Trussell
> Cc: Marcia Skiles-Witt <mskiles@walmac.com>
> Sent: Thu Feb 11 12:51:34 2010
> Subject: Cloud Of Unknowing, How Far Is Heaven, Ingot's Dance Away
>
> Bobby,
> We have no stallion in place for Cloud Of Unknowing and Ingot's Dance
> Away, please advise..
> We have How Far Is Heaven on to Successful Appeal this season, correct?
> Thank you.        FC 025
> Kind Regards,
> Sheri Cveticanin
> Farm Secretary
>

She o
bought
for

## Marcia Skiles

| | |
|---|---|
| **From:** | "Sheri Cveticanin" <scveticanin@walmac.com> |
| **To:** | "Marcia Skiles-Witt" <mskiles@walmac.com>: "Tamara Evans" <tevans@walmac.com> |
| **Sent:** | Wednesday, February 17, 2010 12:39 PM |
| **Subject:** | Fw: Ready's Image mares |

FYI
Kind Regards,
Sheri Cveticanin
Farm Secretary
Walmac Farm LLC
Main Number 859/299-0473
Direct Line 859/514-4916
----- Original Message -----
**From:** jtljones@aol.com
**To:** Bob Trussell ; Sheri Cveticanin
**Sent:** Wednesday, February 17, 2010 12:09 PM
**Subject:** Re: Ready's Image mares

Her too

Sent via BlackBerry from T-Mobile

---

**From:** Bob Trussell <rbt@rbtinvestments.com>
**Date:** Wed, 17 Feb 2010 12:02:58 -0500
**To:** Sheri Cveticanin<scveticanin@walmac.com>
**Cc:** jtlJONES@aol.com<jtlJONES@aol.com>
**Subject:** Ready's Image mares

Sheri,

Here are the mares I want to breed to Ready's Image on the 'freebie" deal:

Coastland
Miss Emmy
Cloud of Unknowing

Johnny what about
Golden Mirage? Her
too?

Bobby

# 2011 Walmac Farm
## Foal Sharing Agreement Summary

Contract Reference #:      3403

1. Stallion:        Ready's Image

2. Mare:            Peaceful Journey

3. First Party:     La Ciega LLC
                    1815 Clifton Road
                    Versailles, Kentucky  40383

Stallion: *Ready's Image*
Mare *Peaceful Journey*
Share No. *CFS 002*
Contract Returned/Entered:
_✓_ Process _✓_ X _✓_ MCS
Comment _____

4. Percentages of Foal Proceeds:        1st Party: 70.00%     2nd Party: 30.00%

5. Percentages of Breeders' Awards:     1st Party: 100.00%    2nd Party: 0.00%

6. Sales Prep:                          Walamc Farm

7. Sales Agent:                         Four Star Sales

8. Sales Options:                       Keeneland Sales or Fasig Tipton Sales

9. 2nd Party Expenses:                   Standard - liened and deducted from the sale proceeds

10. Special Comments:                    None

Prepared by: _____

Approved by: _____

Walmac R 11399

## 2011 Walmac Farm Foal Sharing Agreement

THIS AGREEMENT is made and entered into Wednesday, March 23, 2011 by and between Walmac Farm, LLC and Mare Owner with respective mailing addresses as follows:

FIRST PARTY

La Ciega LLC
1815 Clifton Road
Versailles, Kentucky 40383

SECOND PARTY:

Walmac Farm LLC
3395 Paris Pike
Lexington, KY 40511
PHONE: (859) 299-0473
FAX:      (859) 299-1259

WHEREAS, Mare owner owns the thoroughbred mare, Peaceful Journey ('the Mare') and desires to breed the mare to the stallion Ready's Image ('the Stallion') for the 2011, in order to become an owner of 70.00% of the resulting foal,

WHEREAS, Walmac Farm, LLC ('Walmac') owns a 2011 ('Season') in the stallion Ready's Image and desires to breed the Mare on the Season in order to become an owner of 30.00% of the resulting foal.

WHEREAS, both parties desire to enter into this binding contract setting forth the tems and conditions of their agreement.

NOW, THEREFORE, for and in consideration of the mutual promises and covenants of the parties, it is mutually agreed as follows:

1. Walmac agrees to furnish the Season at no cost to the Mare Owner during the breeding season for 2011 so that the Mare Owner can breed the Mare to the Stallion. Walmac warrants that it has good right and full power to furnish the Season to Mare Owner and that the Season is free of all liens, encumbrances or charges of any kind whatsoever.

2. Mare Owner agrees to breed the Mare to the Stallion during the breeding season of 2011. It is mutually understood that any live foal (the 'Foal') produced from the mating shall be owned on a 70.00%/30.00% between Mare Owner and Walmac, respectively. Each party shall be solely responsible for insuring that party's respective interest in the Foal.

3. Mare Owner agrees that the mare shall be healthy and in sound breeding condition and free of contagious diseases, and Mare Owner shall furnish a veterinary certificate to that effect dated no more than five (5) days prior to the proposed date of breeding. Mare Owner warrants that the mare is not subject to any lien, security interest, or other encumbrance or claim of any nature that could in any way affect the rights of Walmac under this Agreement, and agrees that in the event any claim is made that may affect Walmac's rights under this Agreement, that it will defend, hold harmless, and indemnify Walmac against all such claims and for alt costs (including attorneys fees) and liabilities incurred by Walmac.

4. If the Mare should die before producing a live foal, this contract shall terminate. If prior to the Mare being bred, the stallion should die or become unfit to be bred, or if Walmac Farm is completely closed downfor breeding for a period longer than two (2) consecutive weeks while the Mare is able to be bred, then this agreement thereafter shall, at the option of either party, be terminated.

5. The parties shall own the Foal as tenants in common of a chattel in undivided one-half (1/2) shares. The parties agree not to sell or transfer all or any part of their interest in the foal except as provided in paragraph 7. Each party waives that party's right to demand partition of the foal under the laws of any state.

6. All board, upkeep, veterinarian and all other expenses of the Mare shall be borne by the Mare Owner.  All board, upkeep, veterinarian and other expenses of the Foal, including Breeders' Cup Nomination fee, European Breeders' Fund Nomination fee, Jockey Club Registration fee, and all costs relating to sales preparation shall be borne by the Mare Owner, except that any reasonable and customary commission due on the sale of the Foal, whether to a consignor or a sales company, shall be borne equally by the Parties.

7. The parties agree that the Foal shall be sold at public auction as a weanling or a yearling of the mare at a Keeneland Sales or Fasig Tipton Sales unless it is otherwise mutually agreed upon in writing by both parties. Unless otherwise mutually agreed in writing, Four Star Sales  shall be the consignor and the Foal will be delivered to Walmac Farm LLC for sales preparation upon weaning (if to be sold as a weanling) or in any event not less than 45 days prior to sale. Consignor shall be entitled to its usual and customary commission and preparation charges. If another consignor is used by agreement, Mare Owner shall procure a written acknowledgement from such consignor that one-half of the sales proceeds, less commissions due the sales company and the consignor, shall be remitted to Walmac. The parties further agree that all sales expenses, advertising expenses and any other necessary and related expenses, shall be borne by the Mare Owner, regardless of which consignor is used. No party may place a reserve on the Foal unless agreed to in writing by the other party. Either party may bid on the Foal whenever it shall be offered for sale, but in the event that the

bid is accepted, the party bidding shall be deemed the purchaser of the entire Foal, shall sign the ticket as purchaser and not as a buy-back, and shall be responsible for payment to the Sales Company. The proceeds due the sale company, consignor and to Walmac will be liened and deducted from the sale proceeds.

8. The Parties agree that Mare Owner and Walmac shall both be listed equally as the breeders of the Foal with the Jockey Club and that any breeder's awards concerning the Foal shall be divided equally between the parties.

9. The parties do not intend this Agreement to create, and this Agreement shall not be considered as creating a joint venture, partnership or other relationship whereby any party shall be held liable for the omissions or commissions of any other party; but, if for federal tax purposes this agreement or the relationship established hereby and the operation, hereunder, are regarded as a partnership as the term is defined in the Internal Revenue Code, then the parties hereto hereby elect not be treated as a partnership and to be excluded from the application of all the provisions of Sub-chapter K, Chapter 1, Subtitle A, of the Internal Revenue Code of 19&4. In making this election, each party acknowledges that the income derived by each party by reason of his ownership of a fractional interest in the foal can be adequately determined without the necessity for any computation of partnership taxable income, and all parties agree not to give any notices or take any other action inconsistent with the election hereby made.

10. This agreement may not be assigned by either party. This Agreement shall be binding upon the heirs, administrators, and executors of Mare Owner and the members of Walmac. Facsimile signatures shall have full force and effect of original signature. This agreement may not be altered or amended without written consent of both parties hereto, and this agreement shall be governed by the laws of the Commonwealth of Kentucky. The sole venue for any dispute arising out of this Agreement or otherwise with regard to the relationship of the parties shall be the Courts of Fayette County, Kentucky, and the parties submit to the jurisdiction of such Courts and waive right to trial by jury.

ADDENDUMS:   None

IN TESTIMONY WHEREOF, witness the signatures of the parties hereto.

| 3/25/11 | La Ciega LLC by Julie Wiltse |
|---|---|
| Date | MARE OWNER |

| 3/25/11 | Marcia Skelen Witt |
|---|---|
| Date | Walmac Farm, LLC |

**Void After Tuesday, April 12, 2011**
PLEASE RETURN ORIGINAL, KEEPING ONE COPY.

Date 3/23/2011

Ref#3403 Peaceful Journey/Ready's Image
Walmac R 11401

Tamara

---

| | |
|---|---|
| **From:** | "Pat Bellairs" <pbellairs@taylormadesales.com> |
| **To:** | <tevans@walmac.com> |
| **Sent:** | Thursday, December 09, 2010 9:24 AM |
| **Subject:** | Bobby Trussell's mare Golden Mirage |

Hi Tamara,

Lovin this weather? Isn't it awful!!!!

Anyway, Bobby Trussell sent a list of mares to Duncan to submit to various stallions. For Golden Mirage (Ire), he has requested Ready's Image. He marked the stud fee as $0 so I'm guessing you know about this? I'm showing she is barren to Ready's Image. Let me know if you need anything from us.

Thanks,
Pat Bellairs
Private Sales
Ph: 859 885 3345

Direct Fax: 859 881 7003

Email:pbellairs@taylormadesales.com

*"Where our Customers' Success is our Primary Focus"*

TAYLOR MADE
—— America's Best Sellers ——

Walmac R 11429
12/9/2010

R. 1.
# 13

## Marcia Skiles

| From: | "scveticanin" <scveticanin@walmac.com> |
|---|---|
| To: | "Marcia Skiles-Witt" <mskiles@walmac.com>; "Tamara Evans" <tevans@walmac.com> |
| Cc: | "Sarah Clark" <sclark@walmac.com>; "Manuel Hernandez" <mhernandez@walmac.com>; "Peter Taaffe" <ptaaffe@walmac.com> |
| Sent: | Thursday, February 17, 2011 4:32 PM |
| Subject: | Fw: Speedy Gladys Jam foaling notice |

JIII has chosed Ready's Image for Speedy Gladys Jam for 2011. see below.
Kind regards,
Sheri Cveticanin
Farm Secretary
Walmac Farm LLC
859/514-4916 Direct Line

----- Original Message -----
**From:** jtlj1230@gmail.com
**To:** scveticanin
**Sent:** Thursday, February 17, 2011 4:29 PM
**Subject:** Re: Speedy Gladys Jam foaling notice

Readys image

Sent via BlackBerry by AT&T

**From:** "scveticanin" <scveticanin@walmac.com>
**Date:** Thu, 17 Feb 2011 16:28:41 -0500
**To:** Johnny Jones, III<jtlj1230@gmail.com>
**Cc:** Peter Taaffe<ptaaffe@walmac.com>; Sarah Clark<sclark@walmac.com>
**Subject:** Speedy Gladys Jam foaling notice

Speedy Gladys Jam produced a bay colt by Ready's Image 2/16/11 at 11:20pm. The foal was up at 12:30am and nursed at 1:00am.  We will submit the live foal report in the name of John TL Jones,III. We do not have a stallion slated for Speedy Gladys Jam this season, let me know when decided. Peter will take photos.
Kind regards,
Sheri Cveticanin
Farm Secretary
Walmac Farm LLC
859/514-4916 Direct Line

**Marcia Skiles**

From:      "scveticanin" <scveticanin@walmac.com>
To:        <jtlj1230@gmail.com>
Cc:        "Marcia Skiles-Witt" <mskiles@walmac.com>; "Tamara Evans" <tevans@walmac.com>
Sent:      Thursday, February 17, 2011 11:52 AM
Subject:   Re: True Deception arrived Walmac

thank you.
Marcia, Tamara see below
Kind regards,
Sheri Cveticanin
Farm Secretary
Walmac Farm LLC
859/514-4916 Direct Line

----- Original Message -----
From: jtlj1230@gmail.com
To: scveticanin
Sent: Thursday, February 17, 2011 11:39 AM
Subject: Re: True Deception arrived Walmac

She goes to readys image on wsm season

Sent via BlackBerry by AT&T

From: "scveticanin" <scveticanin@walmac.com>
Date: Thu, 17 Feb 2011 10:37:00 -0500
To: Perry Sutherland -Choctaw<psutherland@cimlbr.com>
Cc: Johnny Jones, III<jtlj1230@gmail.com>; Bambi Sanchez\(Choctaw\)<bsanchez@cimlbr.com>;
Peter Taaffe<ptaaffe@walmac.com>
Subject: True Deception arrived Walmac

True Deception arrived yesterday 4:00pm. Manuel unloaded her and she is on the main farm settling
in.  Please let me know her mating plans if she is to be a broodmare. Thank you.
Kind regards,
Sheri Cveticanin
Farm Secretary
Walmac Farm LLC
859/514-4916 Direct Line

Page 1 of 1

#16

## Marcia Skiles

| | |
|---|---|
| From: | "scveticanin" <scveticanin@walmac.com> |
| To: | "Marcia Skiles-Witt" <mskiles@walmac.com> |
| Cc: | "Peter Taaffe" <ptaaffe@walmac.com>; "Manuel Hernandez" <mhernandez@walmac.com>; "Sarah Clark" <sclark@walmac.com> |
| Sent: | Monday, March 14, 2011 3:34 PM |
| Attach: | Mare EntryEdit.PDF |
| Subject: | Elizabethofaragorn mare information |

JIII wants to breed Elizabethofaragorn to Ready's Image this year. slc

Kind regards,

Sheri Cveticanin

Farm Secretary

Walmac Farm LLC

859/514-4916 Direct Line

3/15/2011

| Walmac | | Phone: (859) 299-0473 |
|---|---|---|
| 3395 Paris Pike | 2012 Information Sheet | Fax: (859) 299-1259 |
| Lexington, Kentucky 40511 | (Please type or print) | Email:scveticanin@walmac.com |
| USA | | |

**NAME OF STALLION:** Ready's Image     **SHARE:** 13

*Please indicate the way you would like the mare ownership reported to The Jockey Club*

Name: Antonio Bullrich y Cia     Phone: 011 54 114 804 0643 office

Address:  Av. Alver. 1807 4 Piso #403, (1129) - Buenos Aires, ARGENTINA

## MARE INFORMATION

Mare's Name: Itama     Year of Birth:   1999   Color:     Chestnut

Sire: Tabasco Cat     Dam: Western League     Dam's Sire: Forty Niner

Mare's Current Status:     Not Bred

### MARE'S 2012 PRODUCE (If Applicable)

Foaling Date:     Foal Sex:     Foal Color:     Prod. Status:

Stallion Bred to in 2011:     Last Date Covered in 2011:

### IMPORT STATUS: *Is this mare an IMPORT for the 2012 Breeding Season?*

Is this mare imported?   Yes / No     Import Date:     Country of Origin:

### MARE'S 2012 BOARDING FARM

Farm Name:Walmac     E-mail:  scveticanin@walmac.com

Address:  3395 Paris Pike, Lexington, Kentucky 40511, USA     Phone:  (859) 299-0473

Manager: Manuel Hernandez 621-8805     Contact: Sheri     Fax:  (859) 299-1259

Mare's Veterinarian: Jeff Pumphrey (HDM)     Vet Phone:

### MARE'S RECENT PRODUCE HISTORY

| Year Bred | Sire Of Foal | Date Foaled | Color | Sex | Note |
|---|---|---|---|---|---|
| 2010 | Successful Appeal | 08/21/2011 | Bay | Colt | |
| 2009 | | | | | |
| 2008 | Songandaprayer | | | | |

**COMMENTS** *Please list any information relating to status, condition, or disposition of your mare that you feel is important for the breeding shed to have on file.*

Signature of Owner (or Authorized Agent)     Date

*This form must be on file prior to mare being booked. Thank you for your assistance.*