# 2009 Ready's Image

| SH | FP # | Shareholder | Used By | Mare | Status | Projected Stud Fee | Date Due | Receipts Stud Fee | Date Received | St Tx Due | St Tax Rec'd | Earned Comm. | Paid Comm. | State Bred | Refunds | To Collect |
|----|------|-------------|---------|------|--------|-------------------|----------|-------------------|---------------|-----------|--------------|--------------|------------|------------|---------|------------|
| 1  |      |             |         |      |        |                   |          |                   |               |           |              |              |            |            |         |            |
| 2  |      |             |         |      |        |                   |          |                   |               |           |              |              |            |            |         |            |
| 3  |      |             |         |      |        |                   |          |                   |               |           |              |              |            |            |         |            |

*(table continues blank through row 50)*

2009

## COMPENSATORY STANDING RIGHTS

| SR 001 | Walmac Stud Management, LLC |
| SR 002 | Walmac Stud Management, LLC |
| SR 003 | Walmac Stud Management, LLC |
| SR 004 | Walmac Stud Management, LLC |
| SR 005 | Walmac Stud Management, LLC |
| SR 006 | Walmac Stud Management, LLC |

R1*D0764

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SR 007 | | Walmac Stud Management, LLC | | | | | | | | |
| SR 008 | | Walmac Stud Management, LLC | | | | | | | | |
| SR 009 | | Walmac Stud Management, LLC | | | | | | | | |
| SR 010 | | Walmac Stud Management, LLC | | | | | | | | |
| 1 | | BREEDING RIGHTS | | | | | | | | |
| 2 | | Mr. Todd Pletcher | | | | | | | | |
| 3 | | Mr. Alan Porter | | | | | | | | |
| | | Mr. Byron Rogers | Nick Strong | Audrey Hep | | | | | | |
| | | CONTRACTS | | | | | | | | |
| FC 001 | | Roselyn Polan | | Tactical Move | | Slipped | $0.00 | | | $12,500.00 |
| FC 002 | | David Hager | | Reserve Bid | 1 | In Foal | $12,500.00 | S/N | $750.00 | $0.00 |
| FC 003F | | Converted to a foal share - see below | | | | | | | | |
| FC 004P | | Hardeman LLC | | Big Cheque | 1 | Barren | | | $0.00 | $0.00 |
| FC 005 | | Dark Hollow Farm (David Hayden) | | Smart N Polished | 1 | In Foal | $10,500.00 | S/N 4/20/2010 | $630.00 | $0.00 |
| FC 006 | | Eaton and Thorne, Inc. | | Queen Of Valentine | 1 | In Foal | $12,500.00 | 11/15/2009 12/14/2009 | $750.00 | $0.00 |
| FC 007DP | | Dr. Linda Robbins | | Thatkrazykat | 1 | In Foal | $8,500.00 | 5/10/2010 | $510.00 | $0.00 |
| FC 008DP | | Windhorse Thoroughbreds, LLC | | Fleet Queen | 1 | Mare Died | | deferred | $0.00 | $0.00 |
| FC 009 | | Dr Charles Kidder | | Establishmentcreek | 1 | In Foal | $12,500.00 | S/N 3/10/2010 | $750.00 | $0.00 |
| FC 010 | | Jim Carter | | Evangeli | 1 | In Foal | $9,500.00 | S/N 10/1/2010 | $570.00 | $0.00 |
| FC 011 | | Hast Farm Inc | | Love Scene | 1 | In Foal | $7,500.00 | S/N 11/18/2009 | $450.00 | $0.00 |
| FC 012 | | Walmac Farm, LLC | | Double Boarded | | Mare Died | | deferred | $0.00 | $0.00 |
| FC 013DP | | Dr. Linda Robbins | | Anna's Angel | | Mare Died | | deferred | $0.00 | $0.00 |
| FC 014 | | Caroline Boone and Hillary Boone | | Sun Luck | 1 | In Foal | $12,500.00 | S/N 2/10/2010 & | $750.00 | $0.00 |
| FC 015DP | | Fiddlers Greeet Stable | | Patriotism | 1 | Slipped | | deferred | $0.00 | $0.00 |
| FC 016DP | | Saxony Farm | | She's The One | 1 | In Foal | $12,500.00 | deferred | $750.00 | $12,500.00 |
| FC 017DP | | Converted to a foal share - see below | | | | | | | | |
| FC 018 | | Richard, Elaine and Bert Klein | | De Bertie | 1 | In Foal | $12,500.00 | S/N 5/7/2010 | $750.00 | $0.00 |
| FC 019 | | Barbara Graham | | Shorlove Kayleigh | 1 | In Foal | $10,500.00 | S/N 3/4/2010 | $630.00 | $0.00 |
| FC 020DP | | Fiddlers Green Stable | | Wild Cee | 1 | In Foal | $8,500.00 | deferred | $510.00 | $8,500.00 |
| FC 021DP | | Hector Alcalde | | Golden Gal AI | 1 | Slipped | | S/N | $0.00 | $0.00 |
| FC 022 | | Converted to a foal share - see below | | | | | | | | $12,500.00 |
| FC 023DP | | Keith Crupper | | Mightbeanuffian | 1 | In Foal | $12,500.00 | deferred | $750.00 | $0.00 |
| FC 024 | | Ekdale Breeding Partnership | | How Could You | 1 | In Foal | $12,500.00 | S/N 5/20/2010 | $750.00 | $1,896.80 |
| FC 025 | | Joanne Crowe | | Coloramma | 1 | In Foal | $10,000.00 | S/N 4/7/2010 | $600.00 | $0.00 |
| FC 026DP | | Rick Abbott & William Maley | | Ashley At The Gate | 1 | Foal Died | | deferred | $485.80 | $10,190.00 |
| FC 027DP | | WSM | | God In My Stars | 1 | In Foal | $12,500.00 | S/N 1/7/2009 | $750.00 | $0.00 |
| FC 028 | | Robert Trussell Jr | | Cloud Of Unknowing | 1 | Slipped | | | $0.00 | $0.00 |
| FC 029 | | James Scarborchio | | Unspoken Fur | 1 | Slipped | | | $0.00 | $0.00 |
| FC 030DP | | Converted to a foal share - see below | | | | | | | | $3,125.00 |
| FC 031 | | Bobby Trussell, Walmac Farm, LLC and Empire Partners | | Golden Mirage (IRE) | 1 | In Foal | $12,500.00 | 11/15/2009 11/18/2009 | $750.00 $187.50 | $3,125.00 |
| FC 032DP | | Barn Hollow Farm | | Mommyums | 1 | Slipped | | deferred | $0.00 | $0.00 |
| FC 033F | | J. Stevens and Doris Moses | | Sixmore | 1 | Slipped | | deferred | $0.00 | $0.00 |
| FC 034 | | Roy Davis | | Miss Moneywise | 1 | In Foal | $10,000.00 | S/N 3/25/2010 | $600.00 | $0.00 |
| FC 035 | | Dr. Charles Kidder | | Page Dancer | 1 | Slipped | | | $0.00 | $0.00 |
| FC 036 | | Harvey Clarke | | Missy Turtle | 1 | In Foal | $12,500.00 | S/N 4/20/2010 | $750.00 | $0.00 |
| FC 037DP | | Orgella Inc | | Misty Lake | 1 | Barren | Bred to Tale Of The Cat | | $0.00 | $0.00 |
| FC 038 | | CANCELLED | | | | | | | | |
| FC 039DP | | Hardeman LLC | | Booter's Nix | 1 | Mare Died | | deferred | $0.00 | $0.00 |
| FC 040 | | Jim Carter | | Magical Chase | 1 | In Foal | $9,500.00 | S/N 5/7/2010 | $570.00 | $0.00 |
| FC 041 | on Scatuorchio's season | James Scatuorchio | | Cricket Miss | 1 | In Foal | $12,500.00 | 11/15/2009 | $750.00 | $12,500.00 |
| FC 042P | | Constancia Farm | | She's Just Winking | 1 | Mare Died | | deferred | $0.00 | $0.00 |
| FC 043P | | David & Diane Shashura | | Going Ashore | 1 | In Foal | $11,000.00 | deferred | $660.00 | $11,000.00 |
| FC 044DP | | David & Diane Shashura | | Gildey | 1 | In Foal | $11,000.00 | deferred | $650.00 | $10,681.50 |
| FC 045DP | | David & Diane Shashura | | Laird's Cup | 1 | In Foal | $4,717.00 | deferred 8/11/2010 | $283.02 | $0.00 |
| FC 046DP | | David & Diane Shashura | | Naughter | 1 | In Foal | $11,000.00 | deferred | $660.00 | $11,000.00 |

R*00765

| Code | Owner | Mare | | Status | Fee | S/N | Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FC 047 | Poindexter Thoroughbreds | Sudden Desire | 1 | In Foal | $8,500.00 | deferred | | $510.00 | $510.00 | $425.00 | | $0.00 |
| FC 048DP | David & Diane Shashura | Shellseeker | 1 | In Foal | $11,000.00 | deferred | | $660.00 | | $275.00 | 1 | $11,000.00 |
| FC 049DP | William David York and Hardin Farm | Always In | 1 | Slipped | | | | $0.00 | | | | $0.00 |
| FC 050DP | Converted to a foal share - see below | | | | | | | | | | | $0.00 |
| FC 051DP | Ted Berge | Gold Fashioned | 1 | In Foal | $12,500.00 | deferred | | $750.00 | | | | $12,500.00 |
| FC 052DP | Greg & Beth Burchell | Spanish Cat | 1 | Barren | | | | | | | | |
| FC 053 | Converted to a foal share - see below | | | | | | | | | | | $0.00 |
| FC 054 | Converted to a foal share - see below | | | | | | | | | | | $0.00 |
| FC 055DP | Dr. Linda Robbins | Reef | 1 | In Foal | $8,500.00 | deferred | 5/10/2010 | $510.00 | $510.00 | | | $12,500.00 |
| FC 056DP | Richard Schibell (James Scatuorchio) on Scatuorchio's season | Marque Gal | 1 | In Foal | $12,500.00 | 11/15/2009 | | $750.00 | | | | |
| FC 057 | | Silver Spook | 1 | Barren | | | | | | | | |
| FC 058DP | Tim Mawhinney | Golden Surprise | 1 | In Foal | $11,000.00 | deferred | | $660.00 | | | | $11,000.00 |
| FC 059DP | David Strack | Grand Journey | 1 | In Foal | $12,500.00 | deferred | | $750.00 | | | | $12,500.00 |
| FC 060DP | Hardeman LLC | | | | | | | | | | | |
| | COMPLIMENTARY SEASONS | | | | | | | | | | | |
| CS 001 | TCA (donated by Todd Pletcher) | Harderthanpride | 1 | In Foal | $0.00 | N/A | 3/13/2009 | | $180.00 | | | $0.00 |
| CS 002 | Oak Haven Farm | Slewpy's Storm | 1 | In Foal | $0.00 | N/A | | | | | | $0.00 |
| | FOAL SHARES | | | | | | | | | | | |
| FS 001 | Swifty Farms | Mission Park | 1 | In Foal | $0.00 | 50/50 FS | | $0.00 | | | | $0.00 |
| MS 001 | WSM | Sheza Wild Thing | 1 | In Foal | $3,076.52 | 65/35 MS | 1/7/2010 | $0.00 | | | | $0.00 |
| MS 002 | Walmac Farm, LLC | Sunset Thomas | 1 | In Foal | $1,570.82 | 60/40 MS | 1/7/2010 | $0.00 | | | | $0.00 |
| FC 053 | Guy Mogge | Very Special Chick | 1 | In Foal | $0.00 | POP | | $0.00 | | | | $0.00 |
| FC 054 | Jeff Weinberg | Koshto | 1 | In Foal | $0.00 | POP | | $0.00 | | | | $0.00 |
| FC003DP | Kim Mancuso | Hunting Valley | 1 | In Foal | | | | | | | | |
| FC017DP | Mike Kanger Pine Tree mares | Prospect Miss | 1 | In Foal | | | | | | | | |
| FC022DP | Dutchess Views Farm LLC | Roses Prospect | 1 | In Foal | | | | | | | | |
| FC035DP | Christine Hansen - Montessori Farm | Golden Playgirl | 1 | In Foal | | | | | | | | |
| FC036DP | Nicky Kearns | Bound To Blush | 1 | In Foal | | | | | | | | |
| FC055DP | Constancia Farm | Thieve Th's | 1 | In Foal | | | | | | | | |
| | | | 58 | | | | | | | | | |
| | | | 65 | | $353,354.34 | | | $16,763.02 | $9,946.40 | $4,550.00 | $2,550.00 | $165,883.40 |
| | Walmac Stud Management, LLC Standing Rights | | | | ($125,000.00) | | 1/8/2010, 1/28/10, 2/5/09, 4/17/09, 777/09, 12/30/09 | | | | | |
| | Breeders' Cup | | | | ($12,500.00) | | 1/15/09, 3/12/10, 4/7/10, 4/30/10, & 5/11/10 | | | | | |
| | KTDF Fee | | | | ($200.00) | | 3/13/2009 | | | | | |
| | Refunds | | | | $0.00 | | | | | | | |
| | Commissions | | | | ($4,550.00) | | | | | | | |
| | late fees | | | | $427.50 | | late fees | | | | | |
| | Bank chgs | | | | ($59.30) | | Dec. | | | | | |
| | | | | | $211,472.54 | | $47,589.14 | | | | | |

| | | |
|---|---|---|
| # OF MARES BRED | 65 | |
| UNKNOWN | 0 | FC010 Evangel |
| # BARREN | 4 | |
| # SLIPPED | 2 | |
| # NOT BRED | 0 | |
| # IN FOAL | 59 | |

| | | |
|---|---|---|
| HFM In Foal - Slipped | 59 | |
| UNKNOWN | 0 | |
| HFM Barren | 4 | |

RF00766

2009 Ready's Image

| SH | FP # | Shareholder | Used By | Mare | Status | Projected Stud Fee | Date Due | Receipts Stud Fee | Date Received | St Tx Due | St Tax Rec'd | Earned Comm. | Paid Comm. | State Bred | Refunds | To Collect |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SR 001 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 002 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 003 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 004 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 005 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 006 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 007 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 008 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 009 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 010 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| | | **BREEDING RIGHTS** | | | | | | | | | | | | | | |
| 1 | | Mr. Todd Fletcher | | | | | | | | | | | | | | |
| 2 | | Mr. Alan Porter | Nick Strong | Audrey Hep | In Foal | | | | | | | | | | | |
| 3 | | Mr. Byron Rogers | | | | | | | | | | | | | | |
| | | **CONTRACTS** | | | | | | | | | | | | | | |
| | FC 001 | Roslyn Polan | | Tactical Move | In Foal | $12,500.00 | 11/15/2011 | $12,500.00 | 3/29/2011 | $750.00 | $750.00 | | | | | $12,500.00 |
| | FC 002 | David Hager | | Reserve Bit | In Foal | $12,500.00 | S/N | | | $750.00 | | | | | | $0.00 |
| | FC 003DP | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 004DP | Hardeman LLC | | Big Cheque | Barren | | | | | | | | | | | |
| | FC 005 | Dark Hollow Farm (David Hayden) | | Smart N Polished | Foal Euthan | $10,500.00 | S/N | $10,500.00 | 4/20/2010 | $630.00 | $630.00 | | | MD | | $0.00 |
| | FC 006 | Eaton and Thorne, Inc. | | Queen Of Valentin | In Foal | $12,500.00 | 11/15/2009 | $12,250.00 | 12/14/2009 | $750.00 | $750.00 | | | | | $0.00 |
| | FC 007DP | Dr. Linda Robbins | | Thatkrazykat | In Foal | $8,500.00 | deferred | $8,500.00 | 5/12/2010 | $510.00 | $510.00 | | | | | $0.00 |
| | FC 008DP | Windhorse Thoroughbreds, LLC | | Fleet Queen | Mare Died | | | | | | | | | | | |
| | FC 009 | Dr Charles Kidder | | Establishmenttree | In Foal | $12,500.00 | S/N | $12,500.00 | 3/10/2010 | $750.00 | $750.00 | | | | | $0.00 |
| | FC 010 | Jim Carter | | Evangel | In Foal | $9,500.00 | S/N | $9,500.00 | 10/1/2010 | $570.00 | $570.00 | $475.00 | $475.00 | VA | | $0.00 |
| | FC 011 | Hart Farm Inc | | Love Scene | In Foal | $7,500.00 | S/N | $7,500.00 | 11/18/2009 | $450.00 | $450.00 | | | VA | | $0.00 |
| | FC 012 | Walmac Farm, LLC | | Double Boarded | Mare Died | | | | | | | | | | | |
| | FC 013DP | Dr. Linda Robbins | | Anna's Angel | Mare Died | | | | | | | | | | | |
| | FC 014 | Caroline Boone and Hillary Boone | | Sun Luck | In Foal | $12,500.00 | S/N | $12,500.00 | 2/10/2010 & | $750.00 | $750.00 | | | | | $0.00 |
| | FC 015DP | Fiddlers Green Stable | | Patriotism | Slipped | | | | | | | | | | | $0.00 |
| | FC 016DP | Sakerry Farm | | She's Thu One | In Foal | $12,500.00 | deferred | $1,721.70 | 2/8/2011 | $750.00 | $103.30 | | | | | $10,778.30 |
| | FC 017DP | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 018 | Richard, Elaine and Bert Klein | | De Bertie | In Foal | $12,500.00 | S/N | $12,500.00 | 5/7/2010 | $750.00 | $750.00 | $625.00 | $625.00 | VA | | $0.00 |
| | FC 019 | Barbara Graham | | Shadowe Kayleigh | In Foal | $10,500.00 | S/N | $10,500.00 | 3/4/2010 | $630.00 | $630.00 | | | VA | | $0.00 |
| | FC 020DP | Fiddlers Green Stable | | Wild Cee | In Foal | $8,500.00 | deferred | | | $510.00 | | $425.00 | | | | $8,500.00 |
| | FC 021DP | Hector Alcalde | | Golden Gail Al | Slipped | | | | | | | | | | | |
| | FC 022 | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 023DP | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 024 | Elkdale Breeding Partnership | | How Could You | In Foal | $12,500.00 | S/N | $12,500.00 | 5/20/2010 | $750.00 | $750.00 | $625.00 | $625.00 | | | $0.00 |
| | FC 025 | Joanne Crowe | | Colorama | In Foal | $10,000.00 | S/N | $10,000.00 | 4/7/2010 | $600.00 | $600.00 | | | FL | | $0.00 |
| | FC 026DP | Rick Abbott & William Maley | | Ashley At The Gate | Foal Died | | | | | | | | | | | |
| | FC 027DP | Converted to a share share - see below | | | | | | | | | | | | | | |
| | FC 028 | Robert Trussell Jr | | Cloud Of Unknown | Slipped | | | | | | | | | | | |
| | FC 029 | James Scatuorchio | | Unspoken Fur | Slipped | | | | | | | | | | | |
| | FC 030DP | Converted to a foal share - see below | | Golden Mirage (IR | In Foal | $12,500.00 | 11/15/2009 | $3,125.00 | 1/19/2010 | $750.00 | $187.50 | | | | | $0.00 |
| | FC 031 | Bobby Trussell, Walmac Farm, LLC and Empire Partners | | | | | | $6,250.00 | 11/16/2009 | | | | | | | |
| | | | | | | | | $3,125.00 | 1/31/2011 | | $187.50 | | | | | |
| | FC 032DP | Barn Hollow Farm | | Mommyisms | Slipped | | | | | | | | | | | |

RI*01949

2009 READY'S IMAGE

| Code | Name | Mare | Status | Qty | Amount | Date | | | | | | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FC 033DP | J. Stowers and Davis Mosses | Sixmore | | 1 | | | | | | | | $0.00 |
| FC 034 | Ray Davis | Miss Moneywise | In Foal | 1 | $10,000.00 | 3/25/2010 | | $600.00 | $600.00 | | OK | |
| FC 035 | Dr. Charles Kidder | Page Dancer | Slipped | 1 | | | | | | | | $0.00 |
| FC 036 | Harvey Clarke | Missy Turtle | In Foal | 1 | $12,500.00 | 4/20/2010 | S/N | $750.00 | $750.00 | $625.00 | $625.00 | |
| FC 037DP | Degolia Inc | Misty Lake | Barren | 1 | | | | | | | | |
| FC 038 | CANCELLED | | | | | | | | | | | $0.00 |
| FC 039DP | Hardeman LLC | Booker's Nix | Mare Died | | | | | | | | | $0.00 |
| FC 040 | Jim Carter | Magical Chase | In Foal | 1 | $9,500.00 | 5/7/2010 | S/N | $570.00 | $570.00 | | VA | |
| FC 041 | James Scatuorchio | Cricket Miss | In Foal | 1 | | | | | | | | $0.00 |
| FC 042DP | Constancia Farm | She's Just Winking | Mare Died | 1 | | | | | | | | |
| FC 043DP | David & Diane Shashura | Going Ashore | In Foal | 1 | $11,000.00 | | deferred | $650.00 | $650.00 | $275.00 | $275.00 | $11,000.00 |
| FC 044DP | David & Diane Shashura | Gildey | In Foal | 1 | $11,000.00 | 7/26/2010 | deferred | $660.00 | $19.10 | $275.00 | $275.00 | $10,661.60 |
| FC 045DP | David & Diane Shashura | Laird's Cup | In Foal | 1 | $4,717.00 | 8/11/2010 | deferred | $283.02 | $283.00 | $250.00 | $250.00 | $0.00 |
| FC 046DP | David & Diane Shashura | Naughter | In Foal | 1 | $11,000.00 | | deferred | $660.00 | $660.00 | $275.00 | $275.00 | $11,000.00 |
| FC 047 | Poindexter Thoroughbreds | Sudden Desire | In Foal | 1 | $8,500.00 | 1/7/2009 | S/N | $510.00 | $510.00 | $425.00 | $425.00 | $0.00 |
| FC 048DP | David & Diane Shashura | Shellbelker | In Foal | 1 | $11,000.00 | | deferred | $662.00 | | $275.00 | | $11,000.00 |
| FC 049DP | William David York and Hardin Farm | Always In | Slipped | 1 | | | | | | | | |
| FC 050DP | Converted to a foal share - see below | | | | | | | | | | | |
| FC 051DP | Converted to a foal share - see below | | | | | | | | | | | |
| FC 052DP | Greg & Beth Burchell | Spanish Cat | Barren | 1 | | | | | | | | $0.00 |
| FC 053 | Converted to a foal share - see below | | | | | | | | | | | |
| FC 054 | Converted to a foal share - see below | | | | | | | | | | | $0.00 |
| FC 055DP | Dr. Linda Robbins | Reef | In Foal | 1 | $8,500.00 | 5/10/2010 | deferred | $510.00 | $510.00 | | | |
| FC 056DP | Richard Schloss (James Scatuorchio) | Marique Gal | In Foal | 1 | $12,500.00 | | 11/15/2009 | $750.00 | | | | $12,500.00 |
| FC 057 | Tim Mawhinney | Silver Spook | Barren | | | | | | | | | |
| FC 058DP | David Strack | Golden Surprise | In Foal | 1 | $11,000.00 | | deferred | $660.00 | | | | $11,000.00 |
| FC 059DP | Hardeman LLC | Grand Journey | In Foal | 1 | $12,500.00 | | deferred | $750.00 | | | | $12,500.00 |
| | COMPLIMENTARY SEASONS | | | | | | | | | | | |
| CS 001 | TCA (donated by Todd Pletcher) | Hardenthanpride | In Foal | 1 | | 3/13/2009 | N/A | | | | | $0.00 |
| CS 002 | Oak Haven Farm | Stewry's Storm | In Foal | 1 | | | N/A | | $180.00 | | | $0.00 |
| | FOAL/MARE SHARES | | | | | | | | | | | |
| FS 001 | Swifty Farms | Mission Park | In Foal | 1 | $2,315.00 | 2/18/2011 | 50/50 FS | | | | | |
| MS 001 | WSM | Sheza Wild Thing | In Foal | 1 | $3,076.52 | 1/7/2010 | 65/35 MS | | | | | |
| MS 002 | Walmac Farm, LLC | Sunset Thomas | In Foal | 1 | $1,570.82 | 1/7/2010 | 60/40 MS | | | | | |
| FC 053 | Guy Mogge | Very Special Chick | In Foal | 1 | $9,318.69 | 1/7/2011 | POP | | | | | |
| FC 054 | Jeff Weinberg | Kiotho | In Foal | 1 | | | POP | | | | | $0.00 |
| FC 003DP | Kim Mancuso | Hunting Valley | In Foal | 1 | $14,974.92 | 1/7/2011 | | | | | | |
| FC 017DP | Mike Kooper Pine Tree mares | Prospective Miss | In Foal | 1 | $24,481.94 | 1/7/2011 | 50/50 FS | | | | | |
| FC 022DP | Dutchess Views Farm LLC | Ross's Prospect | Foal Died | 1 | $0.00 | | | | | | | $0.00 |
| FC 027DP | WSM | Gold In My Stars | In Foal | 1 | $2,310.00 | 1/7/2009 | | | | | | |
| FC 036DP | Christine Hansen - Montesson Farm | Golden Playgirl | In Foal | 1 | $105.00 | | | | $5.25 | $5.25 | | $0.00 |
| FC 050DP | Nicky Kearns | Bound To Blush | In Foal | 1 | $0.00 | | | | | | | $0.00 |
| FC 054DP | Constancia Farm | Thieve This | In Foal | 1 | $0.00 | | | | | | | $0.00 |
| FC 023DP | Keith Cropper | Mightbeauffian | In Foal | 1 | $0.00/11/3/2011 | due | 50/50 FS | | | | | $0.00 |
| FC 051DP | Ted Berge | Gold Fashioned | In Foal | 1 | ($217.56) | | deferred | $0.00 | | | | $0.00 |
| | | | | 65 | $369,152.53 | | | $257,692.63 | | | | $0.00 | $111,459.90 |
| | | | | | | | | | $18,673.02 | $11,790.40 | $4,555.25 | $3,030.25 | |
| | Walmac Stud Management, LLC, Standing Rights | | | | ($111,743.40) | | | ($111,743.40) | 1/8/2010, 1/28/10, 3/12/10, 4/7/10, 4/30/10, 5/11/10, 7/6/11 | | | | |
| | Breeders Cup | | | | ($12,500.00) | | | ($12,500.00) | 1/15/09, 2/5/09, 4/17/09, 7/7/09, 12/30/09 | | | | |
| | KTDF Fee | | | | ($200.00) | | | ($200.00) | 3/13/2009 | | | | |
| | Refunds | | | | $0.00 | | | $0.00 | | | | | |
| | Commissions | | | | ($4,555.25) | | | ($3,030.25) | | | | | |

RI*01950

4/5/2012 5:18 PM

2009 READY'S IMAGE

| | late fees | $427.50 | | $427.50 | late fees | FC010 Evangel |
| --- | --- | --- | --- | --- | --- | --- |
| | Bank chgs | ($69.30) | | ($69.30) | Dec. | |
| | | ($24,000.00) | | ($24,000.00) | 3/14/11 | 2009 Ready's Image distribution to shareholders |
| | | ($30,000.00) | | ($20,000.00) | 7/6/11 | 2009 Ready's Image distribution to shareholders |
| | | ($25,000.00) | | ($25,000.00) | 9/12/11 | 2009 Ready's Image distribution to shareholders |
| | | ($35,000.00) | | ($35,000.00) | 3/14/12 | 2009 Ready's Image distribution to shareholders |
| | | $126,512.08 | | $16,577.18 | | |
| # OF MARES BRED | | 65 | | | | |
| MARE DIED | | 5 | | | | |
| FOAL DIED | | 2 | | | | |
| # BARREN | | 4 | | | | |
| # SLIPPED | | 8 | | | | |
| # NOT BRED | | 3 | | | | |
| # IN FOAL | | 46 | | | | |
| HFM, In Foal - Slipped | | 57 | | | | |
| UNKNOWN | | 5 | | | | |
| FOAL DIED | | 2 | | | | |
| HFM, Barren | | 46 | | | | |

RI*01951

4/5/2012 5:16 PM

2009 READY'S IMAGE

| SH | FP # | 2009 Ready's Image | Used By | Mare | Status | Projected Stud Fee | Date Due | Receipts Stud Fee | Date Received | St Tx Due | St Tax Rec'd | Earned Comm. | Paid Comm. | State Bred | Refunds | To Collect |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | COMPENSATORY STANDING RIGHTS | | | | | | | | | | | | | | |
| SR 001 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 002 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 003 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 004 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 005 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 006 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 007 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 008 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 009 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 010 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| | | BREEDING RIGHTS | | | | | | | | | | | | | | |
| BR L 001 | | Mr. Todd Pletcher | | | | | | | | | | | | | | |
| BR L 002 | | Mr. Alan Porter | | | | | | | | | | | | | | |
| BR L 003 | | Mr. Byron Rogers | | | | | | | | | | | | | | |
| | | | Nick Strong | Audrey Hep | In Foal | | | | | | | | | | | |
| | | CONTRACTS | | | | | | | | | | | | | | |
| | FC 001 | Rosalyn Hoxan | | Tactical Move | In Foal | $12,500.00 | 11/15/2011 | $12,500.00 | 3/29/2011 | $750.00 | $750.00 | | | | | |
| | FC 002 | David Hager | | Reserve Bid | In Foal | $12,500.00 | S/N | | | $750.00 | | | | | | $12,500.00 |
| | FC 000DP | Converted to a foal share - see below | | | | | | | | | | | | | | $0.00 |
| | FC 004DP | Hurseman LLC | | Big Cheque | Barren | | | | | | | | | | | |
| | FC 005 | Dark Hollow Farm (David Hayden) | | Smart N Polished | Foal Euthan | $10,500.00 | S/N | $10,500.00 | 4/20/2010 | $630.00 | $630.00 | | | MD | | $0.00 |
| | FC 006 | Eaton and Thorne, Inc. | | Queen Of Valentine | In Foal | $12,500.00 | 11/15/2009 | $12,500.00 | 12/14/2009 | $750.00 | $750.00 | | | | | $0.00 |
| | FC 007DP | Dr. Linda Roberts | | Thatkrazykat | In Foal | $8,500.00 | deferred | $8,500.00 | 5/10/2010 | $510.00 | $510.00 | | | | | $0.00 |
| | FC 008DP | Vandhorse Thoroughbreds, LLC | | Fleet Queen | Mare Died | | | | | | | | | | | |
| | FC 009 | Dr Charles Kidder | | Establishmentcreek | In Foal | $12,500.00 | S/N | $12,500.00 | 3/10/2010 | $750.00 | $750.00 | | | | | $0.00 |
| | FC 010 | Jim Carter | | Evangel | In Foal | $9,500.00 | S/N | $9,500.00 | 10/1/2010 | $570.00 | $570.00 | $475.00 | $475.00 | VA | | $0.00 |
| | FC 011 | Hart Farm Inc | | Love Scene | In Foal | $7,500.00 | S/N | $7,500.00 | 11/18/2009 | $450.00 | $450.00 | | | VA | | $0.00 |
| | FC 012 | Walmac Farm, LLC | | Double Boarded | Mare Died | | | | | | | | | | | |
| | FC 013DP | Dr. Linda Robbins | | Annie's Angel | Mare Died | | | | | | | | | | | |
| | FC 014 | Cordane Reone and Hilary Bionne | | Sun Luck | In Foal | $12,500.00 | S/N | $12,500.00 | 2/16/2010 & 2/24/10 | $750.00 | $750.00 | | | | | $0.00 |
| | FC 015DP | Fiddlers Green Stable | | Patriotism | Slipped | | | | | | | | | | | $0.00 |
| | FC 016DP | Saxony Farm | | She's The One | In Foal | $12,500.00 | deferred | $1,934.64 | 2/8/2011, 3/25/13 | $750.00 | $116.08 | | | | | $10,565.36 |
| | FC 017DP | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 018 | Richard, Elaine and Bert Klein | | De Bertie | In Foal | $12,500.00 | S/N | $12,500.00 | 5/7/2010 | $750.00 | $750.00 | $625.00 | $625.00 | | | $0.00 |
| | FC 019 | Barbara Graham | | Sharlove Kayleigh | In Foal | $10,500.00 | S/N | $10,500.00 | 3/4/2010 | $630.00 | $630.00 | | | VA | | $0.00 |
| | FC 020DP | Fiddlers Green Stable | | Wild Gee | In Foal | $8,500.00 | deferred | | | $510.00 | | $425.00 | | VA | | $8,500.00 |
| | FC 021DP | Hector Alcalde | | Golden Gal Al | Slipped | | | | | | | | | | | |
| | FC 022 | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 023DP | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 024 | Elusive Breeding Partnership | | How Could You | In Foal | $12,500.00 | S/N | $12,500.00 | 5/20/2010 | $750.00 | $750.00 | $625.00 | $625.00 | | | $0.00 |
| | FC 025 | Joanne Crowe | | Colorama | In Foal | $10,000.00 | S/N | $10,000.00 | 4/7/2010 | $600.00 | $600.00 | | | FL | | $0.00 |
| | FC 026DP | Rick Abbott & William Maley | | Ashley At The Gate | Foal Died | | | | | | | | | | | |
| | FC 027DP | Converted to a mare share - see below | | | | | | | | | | | | | | |
| | FC 028 | Robert Trussell Jr | | Cloud Of Unknowing | Slipped | | | | | | | | | | | |
| | FC 029 | James Scarborcho | | Unspoken Fur | Slipped | | | | | | | | | | | |
| | FC 030DP | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 031 | Bobby Trussell, Walmac Farm, LLC and Empire Partners | | Golden Mirage (IRE) | In Foal | $12,500.00 | 11/15/2009 | $3,125.00 | 1/19/2010 | $750.00 | $197.50 | | | | | $0.00 |
| | | | | | | | $6,250.00 | 1/18/2009 | | | | | | | | |
| | | | | | | | $3,125.00 | 1/31/2011 | | | | | | | | |
| | FC 032DP | Bluff Hollow Farm | | Monemyunia | Slipped | | | | | | | | | | | |
| | FC 033DP | J. Steven and Doris Moses | | Saxmare | Slipped | | | | | | $187.50 | | | | | |

4/20/2013 12:43 PM

Walmac R

2009 READY'S IMAGE

| SH | FP # | 2009 Ready's Image | Used By | Mare | Status | Projected Stud Fee | Date Due | Receipts Stud Fee | Date Received | St Tx Due | St Tax Rec'd | Earned Comm. | Paid Comm. | State Bred | Refunds | To Collect |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FC 034 | Roy Davis | | Miss Moneywise | In Foal | $10,000.00 | S/N | $10,000.00 | 3/25/2010 | $600.00 | $600.00 | | | OK | | $0.00 |
| | FC 035 | Dr. Charles Kidder | | Page Dancer | Slipped | | | | | | | | | | | $0.00 |
| | FC 036 | Harvey Clarke | | Missy Turtle | In Foal | $12,500.00 | S/N | $12,500.00 | 4/20/2010 | $750.00 | $750.00 | $625.00 | $625.00 | | | $0.00 |
| | FC 037DP | Degela Inc. | | Misty Lake | Barren | | | | | | | | | | | |
| | FC 038 | CANCELLED | | | | | | | | | | | | | | |
| | FC 039DP | Hardeman LLC | | Border's Nix | Mare Died | | | | | | | | | | | $0.00 |
| | FC 040 | Jim Carter | | Magical Chase | In Foal | $9,500.00 | S/N | $9,500.00 | 5/7/2010 | $570.00 | $570.00 | | | VA | | $0.00 |
| | FC 041 | James Scatuorchio | | Cricket Miss | In Foal | | | | | | | | | | | $0.00 |
| | FC 042DP | Constancia Farm | | She's Just Winking | Mare Died | | | | | | | | | | | |
| | FC 043DP | David & Diane Shasteen | | Going Ashore | In Foal | $11,000.00 | deferred | | | $660.00 | | $275.00 | | | | $11,000.00 |
| | FC 044DP | David & Diane Shasteen | | Gidgey | In Foal | $11,000.00 | deferred | $318.40 | 7/26/2010 | $660.00 | $19.10 | $275.00 | | | | $10,681.60 |
| | FC 045DP | David & Diane Shasteen | | Land's Cup | In Foal | $4,717.00 | deferred | $4,717.00 | 8/11/2010 | $283.02 | $283.00 | $250.00 | $250.00 | | | $0.00 |
| | FC 046DP | David & Diane Shasteen | | Naughtier | In Foal | $11,000.00 | deferred | | | $660.00 | | $275.00 | | | | $11,000.00 |
| | FC 047 | Poindexter Thoroughbreds | | Sudden Desire | In Foal | $8,500.00 | S/N | $8,500.00 | 1/7/2009 | $510.00 | $510.00 | $425.00 | $425.00 | | | $0.00 |
| | FC 048DP | David & Diane Shasteen | | Shessexier | In Foal | $11,000.00 | deferred | | | $660.00 | | $275.00 | | | | $11,000.00 |
| | FC 049DP | William David York and Hardin Farm | | Always In | Slipped | | | | | | | | | | | |
| | FC 050DP | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 051DP | Converted to 3 foal share - see below | | | | | | | | | | | | | | |
| | FC 052DP | Greg & Beth Burchell | | Seamish Cut | Barren | | | | | | | | | | | $0.00 |
| | FC 053 | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 054 | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 055DP | Dr. Leura Roskens | | Revel | In Foal | $8,500.00 | deferred | $8,500.00 | 5/10/2010 | $510.00 | $510.00 | | | | | $0.00 |
| | FC 056DP | Richard Schibell (James Scatuorchio) | rec. Scatuorchio's season | Marque Gal | In Foal | $12,500.00 | 11/15/2009 | | | $750.00 | | | | | | $12,500.00 |
| | FC 057 | Tim Mawhinney | | Silver Brook | Barren | | | | | | | | | | | |
| | FC 058DP | David Strack | | Golden Surprise | In Foal | $11,000.00 | deferred | $11,000.00 | 4/1/2011 | $660.00 | $660.00 | | | | | $0.00 |
| | FC 059DP | Hardeman LLC | | Eland Journey | In Foal | $12,500.00 | deferred | | | $750.00 | | | | | | $12,500.00 |
| | | COMPLIMENTARY SEASONS | | | | | | | | | | | | | | |
| | CS 001 | TCA (donated by Todd Pletcher) | Mehmet Hat | Hardenthaneride | In Foal | | N/A | | | | | | | | | $0.00 |
| | CS 002 | Oak Haven Farm | Oak Haven | Sewey's Storm | In Foal | | N/A | | | $180.00 | $180.00 | | | | | $0.00 |
| | | FOAL/MARE SHARES | | | | | | | | | | | | | | |
| | FS 001 | Swifty Farms | | Mission Park | In Foal | $2,315.00 | 50/50 FS | $2,315.00 | 2/18/2011 | | | | | | | |
| | MS 001 | WSM | | Sheza Wild Thing | In Foal | $3,076.52 | 85/25 MS | $3,076.52 | 1/7/2010 | | | | | | | |
| | MS 002 | Walmac Farm, LLC | | Sunset Thomas | In Foal | $1,570.02 | 82/40 MS | $1,570.02 | 1/7/2010 | | | | | | | |
| | FC 053 | Guy Mogge | | Very Special Chick | In Foal | $9,318.89 | PCP | $9,318.89 | 1/7/2011 | | | | | | | |
| | FC 054 | Jeff Weinberg | | Klatter | In Foal | | PCP | | | | | | | | | |
| | FC003DP | Kim Mancuso | | Hunting Valley | In Foal | $14,974.92 | | $14,974.92 | 1/7/2011 | | | | | | | |
| | FC017DP | Mike Koriger Race Tree mares | | Prospective Miss | In Foal | $24,481.94 | 50/50 FS | $24,481.94 | 1/7/2011 | | | | | | | |
| | FC020DP | Dutchess Views Farm LLC | | Roses Prospect | Foal Died | $0.00 | 50/50 FS | $0.00 | | | | | | | | $0.00 |
| | FC021DP | WSM | | Gold In My Stars | In Foal | $2,310.00 | 50/50 MS | $2,310.00 | 1/7/2009 | | | | | | | |
| | FC028DP | Christiane Hansen - Mortlesson Farm | | Golden Pilgrim | In Foal | $105.00 | 50/50 FS | $105.00 | | | | | | | | |
| | FC030DP | Nicky Kearns | | Bound To Blush | In Foal | $0.00 | 50/50 FS | $0.00 | | | | $5.25 | $5.25 | | | $0.00 |
| | FC050DP | Constancia Farm | | Thieve This | In Foal | $0.00 | 50/50 FS | $0.00 | 11/30/2011 | | | | | | | $0.00 |
| | FC022DP | Keith Grubber | | Mightacarufian | In Foal | ($17.56) | PCP | ($217.56) due | | | | | | | | $0.00 |
| | FC051DP | Ted Berge | | Gold Fashioned | In Foal | $0.00 | PCP | $0.00 | | $0.00 | | | | | | $0.00 |
| | | | | | 65 | | | | | | | | | | | |
| | | | Walmac Stud Management, LLC  Standing Rights | | | $389,152.53 | | $268,905.57 | | $18,673.02 | $12,463.18 | $4,555.25 | $3,030.25 | | $0.00 | $120,246.96 |
| | | | | Breeders' Cup | | ($111,743.46) | | ($111,743.46) | 1/8/2010, 1/28/10, 3/12/10, 4/7/10, 4/30/10, 5/11/10, 7/6/11 | | | | | | | |
| | | | | KTDF Fees | | ($12,500.00) | | ($12,500.00) | 1/15/09, 2/5/09, 4/17/09, 7/7/09, 12/20/09 | | | | | | | |
| | | | | Refunds | | $0.00 | | ($200.00) | 3/13/2009 | | | | | | | |
| | | | | Commissions | | ($4,555.25) | | ($3,030.25) | | | | | | | | |

4/30/2013 12:43 PM
2

Walmac R

2009 READY'S IMAGE

| SH | FP # | 2009 Ready's Image | Used By | Mare | Status | Projected Stud Fee | Date Due | Receipts Stud Fee | Date Received | St Tx Due | St Tax Rec'd | Earned Comm. | Paid Comm. | State Bred | Refunds | To Collect |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Stallion fees | $417.50 | | $417.50 | | FC010 Evangel/CC59DP Golden Surprise | | | | | | |
| | | | | | Bank chrgs | ($69.30) | | ($69.30) | Doc. | | | | | | | |
| | | | | | | ($24,000.00) | | ($24,000.00) | 3/14/11 - 2009 Ready's Image distribution to co-owners | | | | | | | |
| | | | | | | ($30,000.00) | | ($30,000.00) | 7/6/11 - 2009 Ready's Image distribution to co-owners | | | | | | | |
| | | | | | | ($25,000.00) | | ($25,000.00) | 9/12/11 - 2009 Ready's Image distribution to co-owners | | | | | | | |
| | | | | | | ($25,000.00) | | ($25,000.00) | 3/14/12 - 2009 Ready's Image distribution to co-owners | | | | | | | |
| | | | | | | ($15,000.00) | | ($15,000.00) | 8/16/12 - 2009 Ready's Image distribution to co-owners | | | | | | | |
| | | | | | | ($11,000.00) | | ($11,000.00) | 4/30/13 - 2009 Ready's Image distribution to co-owners | | | | | | | |
| | | | | | | $100,502.08 | | $1,760.12 | | | | | | | | |
| | | | | | # OF MARES BRED | 65 | | | | | | | | | | |
| | | | | | MARE DIED | 5 | | | | | | | | | | |
| | | | | | FOAL DIED | 2 | | | | | | | | | | |
| | | | | | # BARREN | 4 | | | | | | | | | | |
| | | | | | # SLIPPED | 8 | | | | | | | | | | |
| | | | | | # NOT BRED | 0 | | | | | | | | | | |
| | | | | | # IN FOAL | 46 | | | | | | | | | | |
| | | | | | #Fdt. In Foal - Slipped | 57 | | | | | | | | | | |
| | | | | | UNKNOWN | 5 | | | | | | | | | | |
| | | | | | FOAL DIED | 2 | | | | | | | | | | |
| | | | | | #FM. Barren | 4 | | | | | | | | | | |
| | | | | | | 46 | | | | | | | | | | |
| | | CANCELLED CONTRACTS | | | | | | | | | | | | | | |
| | FC 002 | Rick Sutkowksi | | Bon Cara | | | | Contract not signed, void per owner | | | | | | | | |
| | FC 024 | Penniston Fm/Vacek | | La Pique Dam | | | | Contract not signed, void per owner | | | | | | | | |
| | FC 040P | Susan Forrester | | Wildaire | | | | | | | | | | | | |
| | FC 007CP | Seth Gregory | | Winning Toast | | | | Contract cancelled | | | | | | | | |
| | FC 012 | Barbara Graham | | Amazing Lady | | | | Replaced with Sheriyre Kayleigh | | | | | | | | |
| | FC 013P | Allen Myers | | Riding the Waves | | | | Void contract per owner | | | | | | | | |
| | FC 014CP | Shamrockee Farms | | Our Lady's Wish | | | | Contract not signed, void per mare owner | | | | | | | | |
| | FC 015P | Larry Stewart | | Kusainy | | | | Void contract per owner | | | | | | | | |
| | FC 020 | Atkens Horses, Inc | | Aimber The Ghost | | | | Contract cancelled per owner, will not breed mare this year | | | | | | | | |
| | FC 020P | Fiddler's Green Stable | | Slewdee Dubee | | | | Switched to Seluler The Same | | | | | | | | |
| | FC 023 | Bob Heetler | | Synergistic | | | | Cancel contract per owner | | | | | | | | |
| | FC 023P | Hardeman LLC | | Li Irene | | | | Switched to Hat Trick | | | | | | | | |
| | FC 034P | Hardeman LLC | | Get Lost | | | | Switched to Successful Appeal | | | | | | | | |
| | FC 035P | Cheryl Hopkins | | Laindry Home | | | | Cancel, contract not signed | | | | | | | | |
| | FC 036 | Equest Farm | | Locust Moon | | | | Cancelled per Tamara | | | | | | | | |
| | FC 041P | Eugene Gay | | Carnenball Carly | | | | Cancelled per Tamara | | | | | | | | |
| | FC 049CP | Jane Reese | | Jeanie Sue | | | | Cancelled per Tamara | | | | | | | | |
| | FC 055 | Raul Gonzalez | | Crystal Ball | | | | Contract cancelled | | | | | | | | |
| | FS 003 | Hardeman LLC | | Camara | | | | Contract cancelled per Connie | | | | | | | | |

## 2009 Ready's Image

| SH | FP # | 2009 Ready's Image | Used By | Mare | Status | Projected Stud Fee | Date Due | Receipts Stud Fee | Date Received | St Tx Due | St Tax Rec'd | Earned Comm. | Paid Comm. | State Bred | Refunds | To Collect |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **COMPENSATORY STANDING RIGHTS** | | | | | | | | | | | | | | |
| SR 001 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 002 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 003 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 004 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 005 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 006 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 007 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 008 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 009 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| SR 010 | | Walmac Stud Management, LLC | | | | | | | | | | | | | | |
| | | **BREEDING RIGHTS** | | | | | | | | | | | | | | |
| BR-L-001 | | Mr. Todd Pletcher | | | | | | | | | | | | | | |
| BR-L-002 | | Mr. Alan Porter | | Audrey Hep | In Foal | | | | | | | | | | | |
| BR-L-003 | | Mr. Byron Rogers | Rick Strong | | | | | | | | | | | | | |
| | | **CONTRACTS** | | | | | | | | | | | | | | |
| | FC 001 | Rosslyn Pasan | | Tactical Move | In Foal | $12,500.00 | 1/15/2011 | $12,500.00 | 3/29/2011 | $750.00 | $750.00 | | | | | $12,500.00 |
| | FC 002 | David Hager | | Reserve Bid | In Foal | $12,500.00 | S/N | | | $750.00 | | | | | | $0.00 |
| | FC 003DP | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 004DP | Hardeman LLC | | Big Cheque | Barren | | | | | | | | | | | |
| | FC 005 | Dark Hollow Farm (David Hayden) | | Smart N Polished | Foal Euthan | $10,500.00 | S/N | $10,500.00 | 4/20/2010 | $630.00 | $630.00 | | | MD | | $0.00 |
| | FC 006 | Eaton and Thorne, Inc. | | Queen Of Valentine | In Foal | $12,500.00 | 11/15/2009 | $12,500.00 | 12/14/2009 | $750.00 | $750.00 | | | | | $0.00 |
| | FC 007DP | Dr. Linda Robbins | | Thatdarzykat | In Foal | $8,500.00 | deferred | $8,500.00 | 5/10/2010 | $510.00 | $510.00 | | | | | $0.00 |
| | FC 008DP | Windhorse Thoroughbreds, LLC | | Fleet Queen | Mare Died | | | | | | | | | | | |
| | FC 009 | Dr Charles Kidder | | Establishmentcreek | In Foal | $12,500.00 | S/N | $12,500.00 | 3/10/2010 | $750.00 | $750.00 | | | | | $0.00 |
| | FC 010 | Jim Crofer | | Evangel | In Foal | $9,500.00 | S/N | $9,500.00 | 10/1/2010 | $570.00 | $570.00 | $475.00 | $475.00 | VA | | $0.00 |
| | FC 011 | Hart Farm Inc. | | Love Scene | In Foal | $7,500.00 | S/N | $7,500.00 | 11/19/2009 | $450.00 | $450.00 | | | VA | | $0.00 |
| | FC 012 | Walmac Farm, LLC | | Double Boarded | Mare Died | | | | | | | | | | | |
| | FC 013DP | Dr. Linda Robbins | | Anna's Angel | Mare Died | | | | | | | | | | | |
| | FC 014 | Caroline Boone and Hilary Boone | | Sun Luck | In Foal | $12,500.00 | S/N | $12,500.00 | 2/10/2010 & 2/24/10 | $750.00 | $750.00 | | | | | $0.00 |
| | FC 015DP | Fiddlers Greene Stable | | Patriotism | Slipped | | | | | | | | | | | $0.00 |
| | FC 016DP | Saxony Farm | | She's The One | In Foal | $12,500.00 | deferred | $1,934.64 | 2/8/2011, 3/25/13 | $750.00 | $116.08 | | | | | $10,565.36 |
| | FC 017DP | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 018 | Richard, Elaine and Bert Klein | | De Bertie | In Foal | $12,500.00 | S/N | $12,500.00 | 5/7/2010 | $750.00 | $750.00 | $625.00 | $625.00 | | | $0.00 |
| | FC 019 | Barbara Graham | | Shotlove Kayleigh | In Foal | $10,500.00 | S/N | $10,500.00 | 3/4/2010 | $630.00 | $630.00 | | | VA | | $0.00 |
| | FC 020DP | Fiddlers Greene Stable | | Wild Cee | In Foal | $8,500.00 | deferred | | | $510.00 | $510.00 | $425.00 | | VA | | $8,500.00 |
| | FC 021DP | Hector Alcalde | | Golden Gal Al | Slipped | | | | | | | | | | | |
| | FC 022 | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 023DP | Elkdale Breeding Partnership | | How Could You | In Foal | $12,500.00 | S/N | $12,500.00 | 5/20/2010 | $750.00 | $750.00 | $625.00 | $625.00 | | | $0.00 |
| | FC 024 | Joanne Crowe | | Colorama | In Foal | $10,000.00 | S/N | $10,000.00 | 4/7/2010 | $600.00 | $600.00 | | | FL | | $0.00 |
| | FC 025 | Rick Abbott & William Maley | | AsMay At The Gate | Foal Died | | | | | | | | | | | |
| | FC 026DP | Converted to a mare share - see below | | | | | | | | | | | | | | |
| | FC 027DP | Robert Trussell Jr | | Cloak Of Unknowing | Slipped | | | | | | | | | | | |
| | FC 028 | James Scatuorchio | | Unspoken Fur | Slipped | | | | | | | | | | | |
| | FC 029 | Converted to a foal share - see below | | | | | | | | | | | | | | |
| | FC 030DP | Bobby Trussell, Walmac Farm, LLC and Empire Partners | | Golden Mirage (IRE) | In Foal | $12,500.00 | 11/15/2009 | $12,500.00 | 1/19/2010 | $750.00 | $750.00 | | | | | $0.00 |
| | FC 031 | | | | | | | $3,125.00 | 11/18/2009 | | $187.50 | | | | | |
| | | | | | | | | $6,250.00 | | | | | | | | |
| | | | | | | | | $3,125.00 | | | | | | | | |
| | FC 032DP | Burn Hollow Farm | | Moonmyyears | Slipped | | | | | | | | | | | |
| | FC 033DP | J. Steven and Doris Moses | | Sizmore | Slipped | | | | 10/31/2011 | | $187.50 | | | | | $0.00 |

2009 READY'S IMAGE

| S# | FP # | | Used By | Mare | Status | | Projected Stud Fee | Date Due | Receipts Stud Fee | Date Received | St Tx Due | St Tx Rec'd | Earned Comm. | Paid Comm. | State Bred | Refunds | To Collect |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2009 Ready's Image | | | | | | | | | | | | | | | |
| | FC 034 | Roy Davis | | Miss Moneyrose | In Foal | 1 | $10,000.00 | S/N | $10,000.00 | 3/25/2010 | $600.00 | $600.00 | | | | | $0.00 |
| | FC 035 | Dr. Charles Kidder | | Page Dancer | Slipped | | | | | | | | | | | | |
| | FC 036 | Harvey Clarke | | Missy Turbo | In Foal | 1 | $12,500.00 | S/N | $12,500.00 | 4/20/2010 | $750.00 | $750.00 | $625.00 | $625.00 | OK | | $0.00 |
| | FC 037DP | Degella Inc | | Misty Lake | Barren | | | | | | | | | | | | |
| | FC 038 | CANCELLED | | | | | | | | | | | | | | | |
| | FC 039DP | Hardeman LLC | | Booter's Nix | Mare Died | | | | | | | | | | | | $0.00 |
| | FC 040 | Jim Carter | | Magical Chase | In Foal | 1 | $9,500.00 | S/N | $9,500.00 | 5/7/2010 | $570.00 | $570.00 | | | NA | | $0.00 |
| | FC 041 | James Scatuorchio | | Cricket Miss | Mare Died | | | | | | | | | | | | |
| | FC 042DP | Constancia Farm | | She's Just Winking | Mare Died | | | | | | | | | | | | |
| | FC 043DP | David & Diane Shashura | | Going Ashore | In Foal | 1 | $11,000.00 | deferred | $318.40 | 7/26/2010 | $660.00 | | $275.00 | | | | $11,000.00 |
| | FC 044DP | David & Diane Shashura | | Gidday | In Foal | 1 | $11,000.00 | deferred | $4,717.00 | 8/11/2010 | $660.00 | $19.10 | $275.00 | $250.00 | | | $10,681.60 |
| | FC 045DP | David & Diane Shashura | | Land's Cup | In Foal | 1 | $4,717.00 | deferred | | | $283.02 | $283.02 | $250.00 | | | | $0.00 |
| | FC 046DP | David & Diane Shashura | | Naughtier | In Foal | 1 | $11,000.00 | deferred | | | $660.00 | | $275.00 | | | | $11,000.00 |
| | FC 047 | Pointexter Thoroughbreds | | Sudden Desire | In Foal | 1 | $8,500.00 | S/N | $8,500.00 | 1/7/2009 | $510.00 | $510.00 | $425.00 | $425.00 | | | $0.00 |
| | FC 048DP | David & Diane Shashura | | Seaseeker | In Foal | 1 | $11,000.00 | deferred | | | $660.00 | | $275.00 | | | | $11,000.00 |
| | FC 049DP | William David York and Hardin Farm | | Always In | Slipped | | | | | | | | | | | | |
| | FC 050DP | Converted to a foal share - see below | | | | | | | | | | | | | | | |
| | FC 051DP | Converted to a foal share - see below | | | | | | | | | | | | | | | |
| | FC 052DP | Greg & Beth Bueche's | | Spanish Cat | Barren | 1 | | | | | | | | | | | |
| | FC 053 | Converted to a foal share - see below | | | | | | | | | | | | | | | |
| | FC 054 | Converted to a foal share - see below | | | | | | | | | | | | | | | |
| | FC 055DP | Converted to a foal share - see below | | | | | | | | | | | | | | | $0.00 |
| | FC 056DP | Dr. Linda Robbins | | Reef | In Foal | 1 | $8,500.00 | deferred | $8,500.00 | 5/10/2010 | $510.00 | $510.00 | | | | | $0.00 |
| | FC 057 | Richard Schlibel (James Scatuorchio) | on Scatuorchio's season | Marque Gal | In Foal | 1 | $12,500.00 | 11/15/2009 | | | $750.00 | | | | | | $12,500.00 |
| | FC 058DP | Tim Mawhinney | | Silver Spook | Barren | | | | | | | | | | | | $0.00 |
| | FC 059DP | David Stueck | | Golden Surprise | In Foal | 1 | $11,000.00 | deferred | $11,000.00 | 4/1/2011 | $660.00 | $660.00 | | | | | $0.00 |
| | FC 060DP | Hardeman LLC | | Grand Journey | In Foal | 1 | $12,500.00 | deferred | | | $750.00 | | | | | | $12,500.00 |
| | | COMPLIMENTARY SEASONS | | | | | | | | | | | | | | | |
| | CS 001 | TCA (donated by Tedd Pletcher) | Machmer Hall | Hardentanpride | ? | | | N/A | | 3/13/2603 | | $180.00 | | | | | $0.00 |
| | CS 002 | Oak Haven Farm | Oak Haven | Steavy's Storm | | | | N/A | | | | | | | | | $0.00 |
| | | FOAL/MARE SHARES | | | | | | | | | | | | | | | |
| | FS 001 | Swifty Farms | | Mission Park | In Foal | 1 | $2,315.00 | 50/50 FS | $2,315.00 | 2/18/2011 | | | | | | | |
| | MS 001 | WSM | | Sheza Wild Thing | In Foal | 1 | $3,076.52 | 65/35 MS | $3,076.52 | 1/7/2010 | | | | | | | |
| | MS 002 | Walmac Farm, LLC | | Sunset Thomas | In Foal | 1 | $1,570.82 | 60/40 MS | $1,570.82 | 1/7/2010 | | | | | | | |
| | FC 053 | Guy Mogge | | Very Special Chick | In Foal | 1 | $9,318.89 | POP | $9,318.89 | 1/7/2011 | | | | | | | |
| | FC 054 | Jeff Weinberg | | Kichho | In Foal | 1 | | POP | | | | | | | | | $0.00 |
| | FC003DP | Kim Mancusca | | Hunting Valley | In Foal | 1 | $14,974.92 | 50/50 FS | $14,974.92 | 1/7/2011 | | | | | | | |
| | FC017DP | Mike Kasper Pine Tree mares | | Prospective Miss | In Foal | 1 | $24,481.94 | 50/50 FS | $24,481.94 | 1/7/2011 | | | | | | | |
| | FC027DP | Dutchess Views Farm LLC | | Roses Prospect | Foal Died | | $0.00 | 50/50 MS | $0.00 | | | | | | | | $0.00 |
| | FC027DP | WSM | | Gold In My Stars | In Foal | 1 | $2,310.00 | 50/50 FS | $2,310.00 | 1/7/2009 | | | | | | | |
| | FC030DP | Christina Hansen - Montessori Farm | | Golden Playgirl | In Foal | 1 | $105.00 | 50/50 FS | $105.00 | | | | $5.25 | $5.25 | | | $0.00 |
| | FC050DP | Nicky Kearns | | Bound To Blush | In Foal | 1 | $0.00 | 50/50 FS | $0.00 | | | | | | | | $0.00 |
| | FC050DP | Constancia Farm | | Thieve This | In Foal | 1 | $0.00 | 50/50 FS | $0.36 | 1/13/2011 due | | | | | | | $0.00 |
| | FC032DP | Keith Cropper | | MighMeanMaan | In Foal | 1 | ($217.56) | POP | ($217.56) | | | | | | | | |
| | FC 051DP | Ted Berge | | Gold Fashioned | In Foal | 1 | $0.00 | POP | $0.00 | | $0.00 | | | | | | $0.00 |
| | | | | | | 65 | | | | | | | | | | | |
| | | | | | | | $3,069,152.53 | | $266,905.57 | | $18,673.02 | $12,483.18 | $4,555.25 | $3,030.25 | | $0.00 | $100,246.98 |
| | | Walmac Stud Management, LLC | | Standing Rights ($111,743.40) | | ($111,743.40) | | 1/8/2310, 1/28/10, 3/12/10, 4/7/10, 4/20/10, 5/11/10, 7/6/11 | | | | | | | | | |
| | | | | Breeders Cup ($12,500.00) | | ($12,500.00) | | 1/15/09, 2/5/09, 4/17/09, 7/7/09, 12/30/09 | | | | | | | | | |
| | | | | KTDF Fees ($200.00) | | ($200.00) | | 3/13/2009 | | | | | | | | | |
| | | | | Refunds: $0.00 | | $0.00 | | | | | | | | | | | |
| | | | | Commissions ($4,555.25) | | ($3,030.25) | | | | | | | | | | | |

2009 READY'S IMAGE

| SH | FP # | 2009 Ready's Image | Used By | Mare | Status | Projected Stud Fee | Date Due | Receipts Stud Fee | Date Received | St Tx Due | St Tax Rec'd | Earned Comm. | Paid Comm. | State Brqd. | Refunds | To Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MtoNtoNext | $417.50 | | $417.50 | FC010 Evange/FC055DP Golden Surprise | | | | | | | |
| | | | | | Bank Chgs | | | ($59.30) | Disc. | | | | | | | |
| | | | | | | ($24,000.00) | | ($24,000.00) | 3/14/11 - 2009 Ready's Image distribution to co-owners | | | | | | | |
| | | | | | | ($30,000.00) | | ($30,000.00) | 7/8/11 - 2009 Ready's Image distribution to co-owners | | | | | | | |
| | | | | | | ($25,000.00) | | ($25,000.00) | 9/12/11 - 2009 Ready's Image distribution to co-owners | | | | | | | |
| | | | | | | ($35,000.00) | | ($35,000.00) | 3/14/12 - 2009 Ready's Image distribution to co-owners | | | | | | | |
| | | | | | | ($15,000.00) | | ($15,000.00) | 8/16/12 - 2009 Ready's Image distribution to co-owners | | | | | | | |
| | | | | | | ($11,000.00) | | ($11,000.00) | 4/30/13 - 2009 Ready's Image distribution to co-owners | | | | | | | |
| | | | | | | $100,502.08 | | $1,760.12 | | | | | | | | |
| | | | | | # OF MARES BRED | 65 | | | | | | | | | | |
| | | | | | MARE DIED | 5 | | | | | | | | | | |
| | | | | | FOAL DIED | 2 | | | | | | | | | | |
| | | | | | # BARREN | 4 | | | | | | | | | | |
| | | | | | # SLIPPED | 8 | | | | | | | | | | |
| | | | | | # NOT BRED | 0 | | | | | | | | | | |
| | | | | | # IN FOAL | 46 | | | | | | | | | | |
| | | | | | HFM: In Foal - Slipped | 57 | | | | | | | | | | |
| | | | | | UNKNOWN | 5 | | | | | | | | | | |
| | | | | | FOAL DIED | 2 | | | | | | | | | | |
| | | | | | HFM: Barren | 4 | | | | | | | | | | |
| | | | | | | 46 | | | | | | | | | | |
| | | CANCELLED CONTRACTS | | | | | | | | | | | | | | |
| | FC 002 | Rick Sutherland | | Bon Caro | | | | | Contract not signed, void per owner | | | | | | | |
| | FC 004 | Penelton Fm/Vacek | | La Pique Dam | | | | | Contract not signed, void per owner | | | | | | | |
| | FC 004DP | Susan Forrester | | Widivilu | | | | | | | | | | | | |
| | FC 007DP | Seth Gregory | | Winning Toast | | | | | Contract cancelled | | | | | | | |
| | FC 012 | Barbara Graham | | Amazing Lady | | | | | Replaced with Shadow Kayleigh | | | | | | | |
| | FC 013DP | Allen Myers | | Riding the Waves | | | | | Void contract per owner | | | | | | | |
| | FC 014DP | Shannondoe Farms | | Our Lady's Wish | | | | | Contract not signed, void per mare owner | | | | | | | |
| | FC 016GP | Larry Stewart | | Kisiany | | | | | Void contract per owner | | | | | | | |
| | FC 020 | Atkins Homes, Inc. | | Abolve The Ghost | | | | | Contract cancelled per owner, will not breed mare this year | | | | | | | |
| | FC 020DP | Fiddler's Green Stable | | Stewtwo Dubco | | | | | Switched to Salute The Sarge | | | | | | | |
| | FC 023 | Bob Hoefler | | Synergistic | | | | | Cancel contract per owner | | | | | | | |
| | FC 023DP | Hardeman LLC | | Lili Irene | | | | | Switched to Hat Trick | | | | | | | |
| | FC 034DP | Hardeman LLC | | Get Lost | | | | | Switched to Successful Appeal | | | | | | | |
| | FC 035EP | Cheryl Hopkins | | Laird's Honor | | | | | Cancel, contract not signed | | | | | | | |
| | FC 038 | Equana Farm | | Locust Moon | | | | | Cancelled per Tamara | | | | | | | |
| | FC 041DP | Eugene Guy | | Cannonball Carly | | | | | Cancelled per Tamara | | | | | | | |
| | FC 049DP | Jane Reese | | Jeanie Sue | | | | | Cancelled per Tamara | | | | | | | |
| | FC 055 | Raul Gonzalez | | Crystal Ball | | | | | Contract cancelled | | | | | | | |
| | FS 003 | Hardeman LLC | | Casero | | | | | Contract cancelled per Connie | | | | | | | |

5/16/2013 10:54 AM
3